**From:** WAWDdb_NewCasesTac
**To:**
**Subject:** FW: 26cv3788 JCC NEW : Pro Se Civil Complaint Form & Civil Cover Sheet
**Date:** Wednesday, October 7, 2026 1:16:01 PM
**Attachments:** Civil Sheeet Title 28.pdf
Pro se Civil Filling Section 1361 Title 28.pdf

---

**From:** Sajjad Nasir <sajjadqut01@outlook.com>
**Sent:** Tuesday, October 6, 2026 2:54 PM
**To:** WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>
**Subject:** 26cv3788 JCC NEW : Pro Se Civil Complaint Form & Civil Cover Sheet

**CAUTION - EXTERNAL:**

**Hello Tacoma Office**

**United States District Court Western District of Washington**

Please find attached my **Pro Se Civil Complaint** for filing under **28 U.S.C. § 1361**, together with the **Civil Cover Sheet**. Kindly issue a fee **invoice** for the filing.

Thank you,

Nasir

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.