## Exhibit A — Mail Frauds Carried Out by Defendant Commissioner of Police, State of New South Wales, Commonwealth of Australia

This exhibit documents the comprehensive and sophisticated mail fraud schemes executed against Plaintiff by Defendant Commissioner of Police, State of New South Wales, Commonwealth of Australia, acting in collusion with Defendant Equinix, Inc. and with Chinese assistance, employing a combination of deceptive methods and techniques to defraud Plaintiff and misuse the United States mail.


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012
OFFICIAL BUSINESS
quadient
FIRST-CLASS MAIL
IMI
$001.98
08/20/2026 ZIP 90012
043M31268156
US POSTAGE
$002.27
08/19/2026 ZIP 90012
043M31268156
SMLF 991-1
16/09/2026
Sajjad Nasir
U29 30-44 Railway Tec
Granville 2142 NSW Australia


CLERK, UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300
SEATTLE WA 980
20 AUG 2026 PM
FIRST-CLASS
INTERNATIONAL
US POSTAGE IMI PITNEY BOWES
ZIP 98101
02 7H
0006038079
$ 001.75
AUG 18 2026
Sajjad Nasir
30 RAILWAY TERRANCE
GRANVILLE NSW 2142
AUSTRALIA
00404-0001
CLERK, UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300
SEATTLE WA 980
4 SEP 2026 PM
FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 98101
02 7H
0006038079
$ 000.78
SEP 02 2026
Sajjad Nasir
30 RAILWAY TERRACE
GRANVILLE NSW 2142
AUSTRALIA
00404-0001

PACER SERVICE CENTER
P.O. BOX 780549
SAN ANTONIO, TEXAS 78278-0549

15 JUN 2026

FIRST-CLASS INTERNATIONAL

US POSTAGE
ZIP 78229 $ 001.
02 7W
0008047181 JUN 12

PACER

06/12/2026

Sajjad Nasir
U 29 30-44 Railway Tce
Granville, Nsw 2142
Australia

Dear Sajjad Nasir

Thank you for your interest in the Public Access to Court Electronic Records (PACER) service. In order to activate your search capabilities in PACER, please follow the steps provided below:

1. Go to pacer.gov and click on Manage My Account.
2. To log in, enter the username and password you set up during registration.
3. Click the Activate Case Search Privileges link under the Settings tab.
4. Enter your authentication token: **F9S2-ENAC-VHR9**
5. Click Submit.

All registered agencies or individuals are charged a $.10 per page fee for access to PACER. Statements are generated and distributed quarterly, and payment is due each quarter. Further access to the service will be restricted until outstanding balances are cleared.

By logging in to PACER, you acknowledge you have read, understood, and agree to the terms and conditions on the reverse side of this letter. If you have any questions regarding your account, please contact the PACER Service Center by phone at (800) 676-6856 or by email at pacer@psc.uscourts.gov.

Visit pacer.gov for the latest information, including FAQs and quarterly newsletters.

Sincerely,

David Stone
Chief, PACER Service Center

Department of the Treasury
Internal Revenue Service
Whistleblower Office

Date:
08/17/2026
Contact telephone number:
(801) 620-2169
Contact Address:
Internal Revenue Service
Whistleblower Office
M/S 4110
1973 N Rulon White Blvd
Ogden, Utah 84404

Scan for quick access to Publication 5251

SAJJAD NASIR
U 29 30-44 RAILWAY TERRACE
GRANVILLE, NSW 2142
AUSTRALIA

Re: Claim Number(s): 2026-037337(EQUI)

Dear SAJJAD NASIR:

We received your Form 211 with the information you furnished and have assigned the above claim number(s). We will evaluate the information you provided to determine if an investigation is warranted and an award is appropriate. Please retain this notice for future reference.

If we initiate an investigation as a result of your information, it is important to understand that it could take several years until final resolution of all tax matters. This is especially true if the taxpayer exercises all administrative and judicial appeal rights. In addition, before we can pay an award, we must collect any additional taxes, penalties, or fines, assessed by reason of your information. Collection action could also take several years.

At the conclusion of our review and/or investigation, we will only be able to tell you whether or not the information you provided met our criteria for paying an award. Unfortunately, we cannot tell you specific details about what actions we took, if any, using the information you gave us. Internal Revenue Code Section 6103 protects the tax information of all taxpayers and prevents us from making these disclosures.

We will notify you as soon as all actions relating to your claim have been completed. Please note that we will be sending all correspondence from this office regarding this claim to you at the address you provided. *If you move or change the address to which you want correspondence directed, you must inform this office in writing of the change of address. Failure to notify this office of a change of address regarding this claim could result in you not receiving time-sensitive correspondence.*

*Additional information about the whistleblower claim process can be found in Publication 5251, The Whistleblower Claim Process.* Publication 5251 can be found online at IRS.gov.

Sincerely,

/s/ Anna Hirji

Associate Director
Whistleblower Office


Internal Reve ue Service
Submission Pr cessing Center
Ogden, UT
M/S 4110
Official Business
Penalty for Private Use, $300
US POSTAGE
FIRST-CLASS
INTERNATIONAL
00:42
0040430001