# Exhibit 3 :

Complaint submitted to the Japanese Securities Commission concerning Defendant Equinix Inc., alleging that, while shielded by the Defendant Commissioner of Police NSW, Commonwealth of Australia, the company engaged in an organized securities and financial misconduct scheme

# 情報提供窓口

「提供いただきたい情報の例」は、以下のURLを参照してください。
https://www.fsa.go.jp/sesc/watch/example.html

以下の項目について、出来るかぎり具体的に記載してください。なお、【*必須項目】以外は、空欄のままでも提出することができます。
また、最後のアンケートにもご協力をお願いいたします。

※注意1
入力画面において、セキュリティ強化の観点から、前の画面に戻らないでください。
※注意2
文字化けを防ぐため、半角カタカナ・丸数字・特殊文字は使用しないでください。

1. 情報の内容について
*
あなたが保有する情報の内容に該当する、または最も近いと考えられる選択肢を以下から選んでください。【必須項目】

- ○ 個別銘柄に関する情報
- ◉ 発行体に関する情報
- ○ 金融商品取引業者等に関する情報
- ○ その他

2. 「発行体に関する情報」に最も近いと考えられる選択肢を以下から選んでください。【必須項目】 *

〇無届募集とは
内閣総理大臣に届出をせずに多数の者を相手方として新たに発行される有価証券の取得の申し込みの勧誘を行うこと。

〇ファイナンスとは
第三者割当増資や新株予約権割当などを悪用した不公正なファイナンス等に関する情報。

〇有価証券報告書等の虚偽記載とは
有価証券報告書等において、定められた記載事項のうち重要な事項について、虚偽の記載を行うこと。

〇有価証券報告書等の未提出とは
定められた期間内に有価証券報告書等の提出を行わないこと。

〇内部統制報告とは
上場会社に義務付けられている、財務報告の適正性を確保するために必要な体制（内部統制）についての報告に関する情報。

〇無届公開買付とは
金融商品取引法に基づく届出を行わずに公開買付を行うこと。

〇法定開示_その他とは
上記６項目に該当しない発行体の法定開示に関するその他の情報。

〇適時開示とは
有価証券の投資判断に重要な影響を与える会社の業務、運営または業績等に関する情報を取引所規則に従い、適切な開示を行っていない等の不適切な適時開示に関する情報。

〇協会・取引所ルール_その他とは
発行体に係る日本証券業協会や取引所の諸規則違反等に関する情報。

〇ガバナンス等に関する情報とは
上場会社のガバナンスが機能していない等の情報。

〇その他_その他とは
上記以外の発行体に関する情報。

法定開示_その他_Ba0

3. あなたが保有している情報を記載してください。【必須項目】
*

ア　会社名
イ　期間（対象決算期等）
ウ　関与者（行為者及び指示者）の氏名（役員の関与の有無）
エ　具体的な内容等
オ　原因（動機）
カ　企業内容開示制度上の手続き等の状況(訂正報告書の提出等)
キ　自主規制機関への情報提供の可否
ク　不正行為の波及度合（親会社や連結グループ全体まで波及する規模かどうか等）
ケ　他の不正行為の有無

【記載例】
（会社の法定開示に係る違反等の情報について、具体的に記載してください。）

A. 会社名
リース・ウェブ・ジャパン株式会社
（法人番号：6010401150511）

Equinix, Inc.
（開示情報および関連資料において上記企業に言及している発行者）

B. 期間（会計年度等）
リース・ウェブ・ジャパン株式会社の2020年1月27日の設立から現在まで。

本情報は、特に2023年度から2024年度にかけて発行者が発行する開示情報および関連資料に関連しています。

C. 関係者（実演者および講師）の氏名（役員の関与の有無）
リース・ウェブ・ジャパン株式会社
Equinix, Inc.

公開されている記録に基づくと、リース・ウェブ・ジャパン株式会社の役員が事業運営またはガバナンスに積極的に関与していることを明確に確認できるものはありません。経営陣の関与に関する言及は、発行者の開示情報および公開されている資料のみに基づいています。

D. 具体的な内容等
国税庁法人番号制度及び法務局による調査の結果、登記されている法人名称は「リースウェブ・ジャパン株式会社」（スペース付き）のみであることが確認されました。発行会社の開示情報及び関連資料に記載されている「リースウェブ・ジャパン株式会社」や「リースウェブ・ジャパン株式会社」といった名称は、登記済みの法人とは一致しません。

2020年1月の設立以降、登記上の変更は2020年10月の登記上の事務所移転のみです。公的記録には、事業活動、ガバナンス体制、または商業拠点の存在を示す実質的な情報は確認できません。登記上の住所は、事業活動を行っていることを示す証拠にはなりません。

にもかかわらず、発行会社の開示情報及び関連資料には、事業拡大及びサービス提供に関連して、当該法人が営業上の取引相手として記載されています。これらの状況により、登記簿上の公開情報と市場に提示されている情報との間に不一致が生じ、投資家及び取引相手にとって検証が困難となっています。

E. 原因（動機）
本件は、発行体の情報開示プロセスにおいて、取引相手の法的身元および登録状況の確認が不十分であったこと、ならびに公開資料において複数の名称のバリエーションが使用されていたことに起因しているものと思われます。
さらに、発行体によるコミュニケーションにおいて、公開登記記録における確認なしに事業活動または成長に関する記述がなされた場合、市場の誤解を招く可能性があります。
これらの要因は、単発的な事務ミスを示すものではなく、情報開示の正確性、完全性、および一貫性に関する懸念を生じさせます。

F. 企業情報開示手続きの状況（訂正報告書の提出等）
本件提出時点では、特定された不一致に対処するために、発行体が訂正開示、修正、または明確化を行ったことを示す公開情報はありません。

G. 自主規制機関への情報提供の有無
本情報は証券取引等監視委員会に提供済みです。
発行者の情報開示と市場の透明性に関する関連する懸念も、NASDAQやASXなどの海外の市場団体に、裏付けとなる文書とともに提起されています。

H. 不正行為の影響範囲（親会社、連結グループ全体等に及ぶ規模であったか）— 書き直し（強力、正しい）

上記の事項の影響は、単一の法人または個別の開示事例に限定されるものではありません。
架空または検証不可能な事業体の繰り返し使用、一貫性のない企業名、複数の開示における事業活動に関する裏付けのない主張は、親会社、関連会社、および連結グループの開示にまで及ぶ可能性のある、より広範な構造的な問題を示唆しています。

これらの事業体が複数の法域で参照され、グループレベルの事業説明、パートナーシップの主張、または成長の表現に組み込まれている場合、その結果生じる影響は、連結財務情報開示、クロスボ

または成長の表現に組み込まれている場合、その結果生じる影響は、連結財務情報開示、クロスボーダー市場コミュニケーション、およびグループ事業に対する投資家の全体的な認識に影響を及ぼす可能性があります。

したがって、潜在的な影響は、市場理解、取引相手、または投資家の行動に影響を与えるために、関連会社間で同様の慣行が体系的に使用されているかどうかを含め、グループおよびネットワークレベルで評価する必要があります。

I. その他の不正行為の有無 — 正確で力強い、規制当局レベルの文言

上記の情報に基づき、個別の開示上の不一致にとどまらず、より広範な不正行為の存在を疑う根拠があります。

特に、検証不能または実体のない事業体の繰り返しの使用、公開登記記録に裏付けられていない事業拡大および業務活動の提示、そして市場向け資料におけるそのような表現の使用は、架空の事業構造が複数の法域にまたがって運営されている可能性を懸念させます。

これらの状況は、このような事業構造が不適切な金融活動、誤解を招く市場情報、そして商業的実体、成長、または取引相手の正当性に関する虚偽の印象を与えるなど、潜在的な市場操作に利用される可能性を示唆しています。

したがって、この情報は、記載されている事項が市場の健全性、開示の信頼性、および投資家保護に影響を与える、より広範な協調的なスキームの一部を構成するかどうかの評価を含む、規制当局および情報機関によるレビューのために提供されています。意図、刑事責任、または特定の法令違反の評価は、管轄当局に委ねられます。

4. 銘柄名・銘柄コード

エクイニクス株式会社（NASDAQ: EQIX）

5. 金融商品取引業者名（例：〇〇証券△△支店）

該当なし

6. 情報提供内容の外部機関等への情報提供・伝達に関する同意について

お寄せいただいた内容によっては、当委員会又は金融庁等から金融商品取引所などの自主規制機関又は金融商品取引業者等に情報提供・伝達を行う場合があります。その際、当委員会又は金融庁等から自主規制機関又は金融商品取引業者等に情報提供者のお名前などを除き、ご記載いただいた情報を提示した上で情報提供・伝達を行うことに同意いただけるか、皆様に確認させていただく場合がございます。
なお、情報提供内容の情報提供・伝達の結果についてのお問い合わせに応じることはできませんので、予めご了承ください。

7. 関係者について
（注）既に【必須項目】で回答している場合、重複して記載していただく必要はありません。
あなたが保有する情報の関係者について、詳細（個人名、企業名、役職等）を記載してください。
（複数回答可）
（注）2,000文字程度まで記述が可能です。

**関連当事者（詳細）**

* **リース・ウェブ・ジャパン株式会社**
会社法に基づき登記されています（法人番号：6010401150511）。設立以来、公開登記記録によると提出書類は限られており、実質的な事業活動に関する公的に検証可能な証拠はありません。

* **Equinix, Inc.**
上場発行体（NASDAQ：EQIX）であり、事業拡大およびサービス提供に関連して、開示資料および市場向け資料においてリース・ウェブ・ジャパン株式会社および関連名称の異称に言及しています。

* **Leaseweb Australia Pty Ltd.**
「Leaseweb」の名称を使用している海外事業体であり、他の法域における市場および開示資料において言及されています。

* **Leaseweb Hong Kong**
国境を越えた事業活動において「Leaseweb」の名称で事業活動または事業紹介を行っている海外事業体。

* **リースウェブ・アメリカ**
国際的な資料および説明において「リースウェブ」の名称で事業を展開または紹介されている海外事業体。

* **開示情報で使用されている関連名称の別称：**
「リースウェブ・ジャパン株式会社」/「リースウェブ・ジャパン株式会社」（公開資料に記載されている名称の別称ですが、日本国内の登記法人とは一致しません。）

8. 上記の関係者が疑わしい行為にどのように関与しているか、詳細を記載してください。
（注）2,000文字程度まで記述が可能です。

上記の当事者の関与は、SECの苦情申立書および関連資料に記載されているように、国境を越えた情報開示、選択的な表現、および一貫性のない企業識別のパターンに関する文書化されたパターンによって証明されています。

SEC.gov _ ヒント、苦情、および...

。

Equinix, Inc.は、少なくとも2014年以降、米国、日本、香港、オーストラリア、およびアジア太平洋地域全体における事業上の取引相手として、様々な「Leaseweb」事業体に言及するプレスリリース、ケーススタディ、および市場向け開示資料を発行してきました。これらの開示は、Leasewebを大規模で活発かつ拡大を続けるインフラストラクチャおよびホスティングプロバイダーとして一貫して提示し、投資家の成長、規模、および商業的実体に対する認識に貢献しています。

Equinixの2024年4月16日付のケーススタディでは、Lease web Japan Co., Ltd.は東京で事業を展開する「Leaseweb Japan K.K.」として言及されています。しかし、登記簿調査の結果、そのような事業体は存在せず、登録されている唯一の企業はリース・ウェブ・ジャパン株式会社であることが確認されました。同社は2020年1月の設立以来、公に確認可能な事業活動を行っていません。存在しない、あるいは誤った名称の日本の事業体を使用していることは、この会社を誤解を招くような市場表示に直接結び付けています。

リースウェブUSA / リースウェブUSA B.V.は、Equinixの開示情報において、シリコンバレーでデータセンター事業を拡大している米国拠点の事業者として記載されていましたが、企業記録では当該事業体の法的本拠地がオランダにあることが確認されています。この管轄区域の不一致は、米国事業の主張を裏付けるために、商号とブランド名を利用して法的実態を隠蔽していることを示しています。

リースウェブ香港有限会社は2020年1月に設立され、Equinix香港データセンター内に訪問者用住所を記載しています。それにもかかわらず、Equinixの開示情報では香港の事業体への言及が意図的に省略されており、事業体が望ましい事業拡大のストーリーを裏付けるかどうかに応じて言及または省略されていることを示しています。

Leaseweb Australia Pty Ltd.は、ASIC（オーストラリア証券取引委員会）の記録で破産、清算命令の対象、取締役不在と判明した後も、NEXTDC Limitedをはじめとする企業からクラウドまたはインフラの専門パートナーとして言及されていました。この企業への言及が続いていることは、提携や成長の主張を維持するために、非事業体または解散した企業に依存する開示慣行が依然として続いていることを示しています。

9. 当該行為に気が付いた時期はいつ頃ですか。（西暦：年月日）

2024年4月16日

10. 当該行為はいつ頃から始まりましたか。（西暦：年月日）

**2020年1月27日**

11. 当該行為は継続中ですか。

- (●) はい
- ( ) いいえ

- [ ] わからない

12. 情報源について

あなたの情報源を教えてください（以下の項目は二つ以上選択することも可能です）。

- [ ] 取引明細
- [ ] 金融商品取引業者等の記録
- [ ] 企業の内部資料
- [ ] 企業の内部者からの情報
- [ ] 会話
- [x] 公表資料
- [x] 金融庁への提出資料
- [ ] ソーシャルメディア（フェイスブック、ブログ、X（旧ツイッター）等)

13. 本件情報に関連する資料等を保有していますか。

- [x] 有り
- [ ] 無し

14. 上記で「有り」とした場合、資料等の内容を記載してください。【必須項目】 *

（注）2,000文字程度まで記述が可能です。

文書の詳細：

これらの文書には、上記事項に関連する公開記録および開示資料が含まれており、以下の情報が含まれます。

リース・ウェブ・ジャパン株式会社（法人番号：6010401150511）の国税庁法人登記簿検索結果（登記上の正式名称、設立日、限定的な変更、および実質的な事業活動を示す提出書類の不在が記載されています。）

Equinix, Inc.が発行する発行体開示資料および市場向け資料（リース・ウェブの事業体および事業拡大の経緯に関するケーススタディおよび関連文書を含む）

発行体開示の正確性および市場透明性に関して海外市場機関（NASDAQおよびASX）に提出された補足開示資料および苦情

リース・ウェブが記載した事業体に関する、他の法域（オーストラリアおよび香港を含む）の法人登記簿抄本および公開提出書類（法的地位、登録内容、および事業運営上の表示を比較するために使用）

15. 情報に関連する資料を証券取引等監視委員会に提供して差し支えない場合、ファクシミリ又は郵送にて以下の宛先までご送付ください。

【資料の提供先】

・郵送
〒100-8922
東京都千代田区霞が関３丁目２番１号
中央合同庁舎第７号館（霞ヶ関コモンゲート西館）
証券取引等監視委員会事務局
市場分析審査課　情報処理係

・FAX（高齢者・障がい者専用） 03-3506-6699**「証券取引等監視委員会 情報提供窓口」と明記して下さい。**

以下の欄のご記入は任意です。差し支えなければ、次にもご記入ください。
ご記入いただいたメールアドレス等については、こちらより連絡させていただく場合に利用することがあります。

16. 匿名を希望する場合は以下を選択ください

◯ 匿名

17. 氏名

Sajjad Nasir

18. 年齢

- ( ) 20歳未満
- ( ) 20歳～29歳
- ( ) 30歳～39歳
- (●) 40歳～49歳
- ( ) 50歳～59歳
- ( ) 60歳～69歳
- ( ) 70歳～79歳
- ( ) 80歳以上

19. 性別

- (●) 男
- ( ) 女

20. 職業

- ( ) 証券会社関係者
- ( ) 銀行関係者
- ( ) 保険会社関係者
- ( ) その他会社員
- ( ) 公務員
- ( ) 自営業者
- ( ) 主婦
- ( ) 派遣社員・パート等
- ( ) 無職
- (●) その他

21. メールアドレス

sajjadqut01@outlook.com

22. 郵便番号

2142

23. 住所

U 29/ 30-44 Railway Tec Granville 2142 NSW Australia

24. 電話番号

+61404261955

25. 必要に応じて、情報提供窓口から当該メールアドレス又は電話番号に連絡しても良いですか。

- ○ どちらに連絡しても良い
- ○ どちらにも連絡しないでほしい
- ◉ メールアドレスのみ連絡して良い
- ○ 電話番号のみ連絡して良い

26. 都合の良い時間帯を以下から選択してください

- ○ 10時より前
- ○ 10時～12時
- ○ 12時～13時
- ○ 13時～15時
- ○ 15時～17時
- ◉ 17時～19時
- ○ 19時以降

アンケートのご協力をお願いします。

27. 「情報提供窓口」の存在をどのようにしてお知りになりましたか。

- (●) ア．ポスター
- ( ) イ．監視委・金融庁のホームページ
- ( ) ウ．証券会社・取引所・日証協等のホームページ
- ( ) エ．検索サイトで表示された監視委情報提供窓口のスポンサー広告
- ( ) オ．その他のホームページ
- ( ) カ．その他

28. 「ア．ポスター」とお答えの方へ
それはどこでご覧になりましたか。

- ( ) ア．官公庁
- ( ) イ．銀行、信金、信組
- (●) ウ．証券会社等
- ( ) エ．その他

Microsoft 365

This content is created by the owner of the form. The data you submit will be sent to the form owner. Microsoft is not responsible for the privacy or security practices of its customers, including those of this form owner. Never give out your password.

**Microsoft Forms** | AI-Powered surveys, quizzes and polls Create my own form

Privacy and cookies | Terms of use