# Exhibit 4 :

Complaint lodged with the Hong Kong Securities and Futures Commission and the China Securities and Futures Commission against Defendant Equinix, alleged to be operating under the patronage of the Defendant Commissioner of Police NSW, Commonwealth of Australia, while running a multi-jurisdictional securities fraud scheme.

SECURITIES AND FUTURES COMMISSION
證券及期貨事務監察委員會

# Complaint Form

(Complaints in general)

Please complete this form if you wish to make a complaint to the Securities and Futures Commission (SFC) about intermediaries' conduct, public offerings of securities, market misconduct, listed companies misconduct or takeovers. Please check the applicable boxes below. Upon completion, please return it together with photocopies of all relevant supporting documents to the SFC by:

| | |
|---|---|
| Email | complaint@sfc.hk |
| Post | 54/F, One Island East, 18 Westlands Road, Quarry Bay, Hong Kong |

## 1. Complainant's details

(please select as appropriate)

☑ Individual complainant#

| | |
|---|---|
| Full name* | Sajjad Nasir |
| First four digits of identity card/ passport* | |
| Postal address* | Unit 29 30-44 Railway TEC Granveille 2142 NSW Australia |
| Telephone number* | +61404261955 |
| Email address (if any) | sajjadqut01@outlook.com |

#If you wish to appoint an authorised person to handle the complaint, please also complete Part 7 Appointment of representative for individual complainant.

**Mandatory*

*Note: I understand that if I do not provide the information specified in the mandatory fields, including **my full name, first four digits of identity card / passport, postal address and telephone number**, the SFC will treat this complaint as an anonymous complaint and will not provide any response to me.*

☐ Corporate complainant

| | |
|---|---|
| Company name* | |
| Place of incorporation* | |
| BR/CR number* | |
| Postal address* | |
| Full name of representative* | |
| Telephone number of representative* | |
| Email address of representative | |

**Mandatory*

*Note: I understand that if I do not provide the information specified in the mandatory fields, including **the company name, place of incorporation, BR/CR number, postal address, full name and telephone number of representative**, the SFC will treat this complaint as an anonymous complaint and will not provide any response to me.*

## 2. Who are you complaining against?

| | |
|---|---|
| Full name of the person / company complained against | Equinix, Inc. (NASDAQ: EQIX), Global Switch Holdings Limited, and Leaseweb Hong Kong Limited. |
| Address | 17/F, Global Gateway, 168 Yeung Uk Road, Tsuen Wan (Equinix/Leaseweb) and 18 Chun Yat Street, TKO (Global Switch). |
| Email address (if any) | APComms@equinix.com; saleshongkong@globalswitch.com; pr@global-leaseweb.com |
| Telephone number | (852) 3432 8000 (Equinix); +852 3955 1000 (Global Switch) |
| SFC Licence number (if any) | N/A (Regulated under SFO Section 277 as listed issuers/proxies) |

**Are you a client of the company complained against?**

☐ Yes

| | |
|---|---|
| Account number | |
| Account type<br>(eg. securities or futures, etc) | |
| Name of account holder | |

☑ No

**Have you made any investment via the company?**

☐ Yes

| | |
|---|---|
| Type of investment | |
| Transaction date<br>(date / month / year) | |
| Disputed amount | |

☑ No

**Did the matter complained of happen in Hong Kong?**

☑ Yes

☐ No Please specify: "The matter involves the fraudulent registration of Leaseweb Hong Kong Limited (CR No. 2909745) and its use as a 'phantom' proxy within the facilities

## 3. What are you complaining about?

**What is the nature of your complaint? Please tick as appropriate.**

☐ Unlicensed activities (eg, trading or advising on securities without holding SFC licence)

☐ Misconduct by licensed persons and firms (eg, misappropriation, unauthorised trading)

☐ Unauthorised collective investment schemes / SFC-authorised products-related matters (eg. disclosure-related, marketing materials, performance-related, breach of regulatory requirements)

☑ Listed companies related (eg, disclosure of information, corporate governance, rights issues, takeovers)

☑ Others (eg, fraud, impersonation).

Please specify: ____________________________

## 4. Complaint details

Please elaborate your allegations in chronological order.

1. Detailed Grounds for Complaint:
Implementation of a "Phantom Bridge" via Leaseweb Hong Kong LimitedI am reporting Leaseweb Hong Kong Limited (CR No. 2909745) for systemic impersonation and fraudulent representation. This entity acts as a "Phantom Proxy" that claims to control and operate infrastructure within Equinix sites. In reality, Leaseweb Hong Kong is a paper entity used to create a cross-jurisdictional "shunting" network. It leverages the physical infrastructure of Global Switch and Equinix to validate its own existence while having no independent operational footprint.

II. Global Network of Deception:
Ocom and the Leaseweb SubsidiariesThis impersonation is supported by a global web of "Phantom Carriers" and "Phantom Operators" controlled by the same group. This includes Ocom, Leaseweb Japan K.K., Leaseweb Australia Pty Ltd, Leaseweb KVK, and Leaseweb America Ltd. These entities present themselves as "partners" of Global Switch and Equinix to fabricate a global scale that does not exist. They are used as "white-label" bridges to shunt data across borders—specifically between Australia, Singapore, and Hong Kong—to bypass sovereign regulations and devalue physical assets.

III. Market Misconduct and Deceptive Disclosures:
While the Leaseweb entities are the "Phantoms," their activities are utilized by listed intermediaries to justify non-existent capacity and revenue. By allowing these phantoms to claim control over their facilities, the listed partners induce market transactions based on a "hall of mirrors" narrative (SFO Section 277). This creates a false appearance of active trading and infrastructure utilization (SFO Section 274), hiding the fact that the underlying "Castles" (Global Switch) are being utilized through these unverified channels.

IV. Reference to Prior Regulatory Filings:
This complaint is an escalation of my prior reports concerning:The fraudulent registration of Leaseweb Hong Kong at the Companies Registry.The "Phantom" status of Leaseweb Japan K.K. reported to the Japan FSA/SESC.Inconsistent corporate particulars of Leaseweb Australia and Leaseweb KVK reported to ASIC.

*If you need more space, please continue on a separate sheet of paper and attach it to this form.*

## 5. List of documents in support of your complaint

Are you able to give us any documents supporting the events that you describe (eg, client agreement, contract notes, account statements, correspondence, marketing materials, brochure, leaflet)? **(Please enclose photocopies of all relevant documents.)**

☑ Yes, please specify:

| | Document |
|---|---|
| 1. | Complaints lodged with SFC Regsitry Hong Kong |
| 2. | Complaints Lodged with SEC USA , NASDAQ USA , EuroNext France , ASIC |
| 3. | Complaints Lodged with Japan Securities and Surveillance Agency |
| 4. | Various other supporting documents |

☑ The documents will be emailed to the SFC at complaint@sfc.hk.

☐ The documents will be sent to the SFC by post at 54/F, One Island East, 18 Westlands Road, Quarry Bay, Hong Kong.

☐ No, I do not have any supporting document.

## 6. Actions you have taken

Have you lodged a complaint with the SFC before, which is related to the current one?

☑ **Yes**

Date of previous complaint — Day: ______ Month: ______ Year: ______

Reference number (if known) ______

☐ **No**

Have you complained to the entities complained against in Part 2 above, other regulators/organisations or the police? If yes, please provide the relevant information below:

| **Name of the entities complained against, other regulators/ organisations, or the police you have lodged the same complaint with** | **Date of complaint** | **Reference number of your complaint (if any)** | **Investigation result, if any** |
|---|---|---|---|
| Hong Kong Companies Registry<br><br>Various others are attached | Feb 2026 | | |

*Please enclose a photocopy of your complaint letter and where appropriate the reply of the entities complained against, other regulators/organisations or the police.*

# 7. Appointment of representative for individual complainant

If you wish to appoint a representative to handle your complaint on your behalf, please complete the following:

I authorise N/A ____________________(Name) to handle my complaint on my behalf, including submitting information, enquiring about the progress of my complaint, and receiving information and documents (which may include personal information and data) from the SFC.

Representative's correspondence/email address:

____________________

Representative's telephone number:

____________________

# 8. Important information

## Consent to the SFC

For the purpose of handling this complaint, I (please tick as appropriate)

- [x] agree

to the SFC disclosing this complaint and my personal information contained herein to:

(please tick as appropriate)

- [x] the subject(s) of the complaint and their related entities.
- [x] law enforcement agencies (eg. police) and other regulators if the complaint relates to their remit.

I understand that if I do not select "agree", the SFC may not be able to take the complaint further.

I understand that normally the SFC will not disclose this complaint and my personal information unless I have granted my consent. However, I also understand that, the SFC is exempt from certain principles in the Personal Data (Privacy) Ordinance if the information I provide to the SFC is used for certain purposes related to law enforcement and regulation. The information can then be used for these purposes whether or not a complainant gives consent. For details, please read our Privacy policy statement on our website at www.sfc.hk

## Personal Information Collection Statement of the SFC in respect of Use of Personal Data Collected in Complaints

I acknowledge and understand that:

### Data Collection and Use

1. All information and Personal Data submitted in making a complaint to the SFC (whether in the SFC's prescribed complaint form or in any document(s) supplied or to be supplied or in any subsequent telephone conversations with the SFC) will be used, disclosed or transferred only for those purposes related to the complaint, for discharging the SFC's statutory functions, or where permitted or required by law. The provision of my personal data is voluntary. If the information provided is inaccurate or incomplete, consideration of my complaint may be affected.
2. All information and Personal Data provided to the SFC may be disclosed to relevant courts, panels, tribunals and committees, and/or other local and/or overseas regulatory / government / judicial bodies as permitted or required under the law, pursuant to any regulatory / supervisory / investigatory assistance arrangements between the SFC and other regulators (local / overseas), or persons engaged by the SFC to assist the SFC in the performance of its statutory functions.

### Access and Correction

3. Should I wish to request access to and/or correction of my Personal Data held by the SFC, I may do so by completing a Data Access Request Form, which can be downloaded from the SFC's website at www.sfc.hk, and sending it to the Data Privacy Officer of the SFC at 54th Floor, One Island East, 18 Westlands Road, Quarry Bay, Hong Kong.

# 9. Signature

I confirm that:

1) the information provided in this Complaint Form is true, complete and accurate.
2) I understand that if I do not provide the information specified in the mandatory fields in Part 1 Complainant's details, the SFC will treat this complaint as an anonymous complaint and will not provide any response to me.
3) I understand that in order to handle my complaint, any subsequent telephone conversations with the SFC will be recorded.

11/02/2025

Signature* of the complainant / authorised representative

Date

*The SFC may not be able to process your complaint if this Complaint Form is not signed.
This document must be saved in your computer or electronic device before you send the document to the SFC.