**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

**SAJJAD NASIR,**
Plaintiff,

v.

SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR;
EQUINIX, INC.; COMMISSIONER OF POLICE, STATE OF NEW
SOUTH WALES, COMMONWEALTH OF AUSTRALIA,
Defendants.

**Case No. 2:26-cv-03788-JCC**

# EXHIBIT 6 (CORRECTED)

## EQUINIX, INC.'S FY2019 FORM 10-K (ITEM 2 PROPERTIES AND ITEM 3 LEGAL PROCEEDINGS), TOGETHER WITH PAGES FROM THE BENKOVSKI DERIVATIVE COMPLAINT AND A REPORT CONCERNING THE ALEXANDRIA PROPERTY

Submitted by: Sajjad Nasir, Plaintiff, pro se. U 29 30-44 Railway Terrace, Granville NSW 2142, Australia. Email: sajjadqut01@outlook.com.

*This corrected exhibit replaces the exhibit filed at ECF No. 13. The original cover page has been removed; a new cover sheet, a table of contents, and a divider page for each tab have been added, and the pages are numbered consecutively at the foot of each page.*

# EXHIBIT 6 (CORRECTED) - TABLE OF CONTENTS


| Tab | Document | Ex. pg. |
|---|---|---|
| **6-A** | Equinix, Inc. FY2019 Form 10-K (filed 21 February 2020): cover page; Item 2 - Properties (Americas, EMEA and Asia-Pacific maps and Leased/Owned tables; portfolio table - 204 IBXs in 53 markets); IBX expansion projects; Item 3 - Legal Proceedings (Milan proceeding) | 5 |
| **6-B** | Pages 1 and 25 of the Verified Shareholder Derivative Complaint, Benkovski v. Meyers, N.D. Cal. No. 3:25-cv-01642 (filed 14 February 2025) - including the February 2021 earnings-call passage "all of our sites remain fully staffed and operational" | 11 |
| **6-C** | Report concerning the Alexandria (NSW) property - "Curtis, Gonski, Mordant sell Alexandria Bunnings for $70m" (22 October 2026) | 13 |


*Note: the page references in the last column are to the numbered pages of this exhibit. Pages in Tab 6-A were reproduced from ECF No. 13 and retain the Court's filing stamp on their face.*

# EXHIBIT 6 (CORRECTED) - WHAT THE EXHIBIT SHOWS

### 1. The FY2019 Form 10-K's own description of the Australian footprint.

Item 2 identifies Adelaide, Brisbane, Canberra, Melbourne, Perth and Sydney as markets in which Equinix has data centers, using a dot table that does not state the number of facilities in any market. The portfolio table reports 204 IBXs in 53 markets as of 31 December 2019.

### 2. The FY2019 Form 10-K's disclosure of the Milan proceeding.

Item 3 states: "In March 2019, charges were brought by the Public Prosecutor in Milan, Italy against Equinix (Italia) S.r.l. and Eric Schwartz ..." - the matter that the Q1 2019 Form 10-Q had reported as "Item 1. Legal Proceedings - None" on 3 May 2019.

### 3. The derivative complaint's account of operations.

Page 25 of the Benkovski complaint reproduces the February 2021 earnings call in which the CEO stated that "all of our sites remain fully staffed and operational" and the Q4 2020 AFFO results were described as achieved "while absorbing seasonally higher recurring CapEx investments."

### 4. The Alexandria property report.

The 22 October 2026 report concerning the Alexandria (NSW) property is included as the public record of a transaction concerning that site.

### 5. Plaintiff's contention.

Plaintiff contends that the FY2019 Form 10-K's statements about the Australian footprint and ownership, and the "fully staffed and operational" representation, are contradicted by the property records and reports identified in Plaintiff's declaration; that the derivative litigation addressed the Company's AFFO and CapEx accounting rather than the ownership and customer statements; and that the litigation was used to resolve the accounting issue without adjudicating the statements at issue here.

**EXHIBIT 6**

# TAB 6-A

## EQUINIX, INC. FY2019 FORM 10-K - ITEM 2 (PROPERTIES) AND ITEM 3 (LEGAL PROCEEDINGS)

Filed 21 February 2020

*Pages reproduced from ECF No. 13 (Docs. 13-2 through 13-6).*

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2019**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from ____________ to ____________**

**Commission file number 000-31293**

## EQUINIX, INC.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **77-0487526** |
| (State of incorporation) | (IRS Employer Identification No.) |

**One Lagoon Drive, Redwood City, California 94065**
(Address of principal executive offices, including ZIP code)

**(650) 598-6000**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.001 | EQIX | The NASDAQ Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act:** None

Indicate by check mark if the registrant is a well-known seasoned issuer as defined in Rule 405 of the Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the voting and non-voting common stock held by non-affiliates computed by reference to the price at which the common stock was last sold as of the last business day of the registrant's most recently completed second fiscal quarter was

Table of Contents

**We could incur adverse tax consequences if we fail to integrate an acquisition target in compliance with the requirements to qualify for taxation as a REIT.**

We periodically explore and occasionally consummate merger and acquisition transactions. When we consummate these transactions, we structure the acquisition to successfully manage the REIT income, asset, and distribution tests that we must satisfy. We believe that we have and will in the future successfully integrate our acquisition targets in a manner that has and will allow us to timely satisfy the REIT tests applicable to us, but if we failed or in the future fail to do so, then we could jeopardize or lose our qualification for taxation as a REIT, particularly if we were not eligible to utilize relief provisions set forth in the Code.

## ITEM 1B. Unresolved Staff Comments

There is no disclosure to report pursuant to Item 1B.

## ITEM 2. Properties

Our executive offices are located in Redwood City, California, and we also have sales offices in several cities throughout the U.S. Our Asia-Pacific headquarters office is located in Hong Kong and we also have sales offices in several cities throughout Asia-Pacific. Our EMEA headquarters office is located in Amsterdam, the Netherlands and our regional sales offices in EMEA are based in our IBX data centers in EMEA.

The following tables present the locations of our leased and owned IBX data centers and xScale data centers investments as of December 31, 2019, plus three IBX data centers in Mexico acquired from Axtel S.A.B. de C.V. on January 8, 2020.




**AMERICAS**

| Metro | Leased (1) | Owned (1) (2) |
|---|---|---|
| Atlanta | ● | ● |
| Bogota | | ● |
| Boston | ● | ● |
| Chicago | ● | ● |
| Culpeper | | ● |
| Dallas | ● | ● |
| Washington DC/Ashburn | ● | ● |
| Denver | ● | ● |
| Houston | | ● |
| Los Angeles | ● | ● |
| Mexico City | | ● |
| Miami | ● | ● |
| Monterrey | ● | |
| New York | ● | ● |
| Philadelphia | ● | |
| Rio de Janeiro | ● | ● |
| Sao Paulo | ● | ● |
| Seattle | ● | ● |
| Silicon Valley | ● | ● |
| Toronto | ● | ● |




**EMEA**

| Metro | Leased [1] | Owned [1] [2] |
|---|---|---|
| Abu Dhabi | ● | |
| Amsterdam | ● | ● |
| Barcelona | ● | |
| Dubai | ● | |
| Dublin | ● | ● |
| Dusseldorf | | ● |
| East Netherlands | ● | |
| Frankfurt | ● | ● |
| Geneva | ● | |
| Helsinki | ● | ● |
| Istanbul | | ● |
| Lisbon | | ● |
| London | ● | ● |
| Madrid | ● | |
| Manchester | ● | |
| Milan | ● | ● |
| Munich | ● | |
| Paris | ● | ● |
| Seville | ● | |
| Sofia | | ● |
| Stockholm | ● | ● |
| Warsaw | ● | |
| Zurich | ● | ● |




**Asia-Pacific**

| Metro | Leased [1] | Owned [1] [2] |
|---|---|---|
| Adelaide | | ● |
| Brisbane | | ● |
| Canberra | | ● |
| Hong Kong | ● | |
| Melbourne | | ● |
| Osaka | ● | |
| Perth | | ● |
| Seoul | ● | |
| Singapore | ● | |
| Shanghai | ● | ● |
| Sydney | ● | ● |
| Tokyo | ● | ● |
| Jakarta (unconsolidated) | ● | |

(1) "●" denotes locations with one or more data centers.

(2) Owned sites include IBX data centers subject to long-term ground leases.

The following table presents an overview of our portfolio of IBX data centers as of December 31, 2019:

| | # of IBXs [1] | Total Cabinet Capacity [2] | Cabinets Billed | Cabinet Utilization % [3] | MRR per Cabinet [4] |
|---|---|---|---|---|---|
| Americas | 86 | 110,900 | 85,000 | 77% | $ 2,384 |
| EMEA | 73 | 120,300 | 101,200 | 84% | 1,456 |
| Asia-Pacific | 45 | 65,800 | 49,600 | 75% | 1,824 |
| **Total** | **204** | **297,000** | **235,800** | | |

(1) Excludes three data centers held by unconsolidated entities (i.e. two xScale data centers and the JK1 IBX data center) and three Mexico data centers acquired in January 2020.

(2) Cabinets represent a specific amount of space within an IBX data center. Customers can combine and use multiple adjacent cabinets within an IBX data center, depending on their space requirements.

(3) The cabinet utilization rate represents the percentage of cabinet space billed versus total cabinet capacity, taking into consideration power limitations.

(4) MRR per cabinet represents average monthly recurring revenue recognized divided by the average number of cabinets billing during the fourth quarter of the year. Americas MRR per cabinet excludes Brazil, Colombia and Infomart non-IBX tenant income and Asia-Pacific MRR per Cabinet excludes Bit-isle MIS.

The following table presents a summary of our significant IBX data center expansion projects under construction as of December 31, 2019:

| Property | Property Location | Target Open Date | Sellable Cabinets | Total Capex (in Millions) (1) |
|---|---|---|---|---|
| **Americas:** | | | | |
| BO2 phase II | Boston | Q2 2020 | 550 | $ 32 |
| CH3 phase VI | Chicago | Q2 2020 | 1,225 | 31 |
| DA11 phase I | Dallas | Q2 2020 | 1,975 | 138 |
| DC15 phase I | Washington D.C. | Q2 2020 | 1,600 | 111 |
| SP4 phase III | São Paulo | Q2 2020 | 1,025 | 59 |
| TR2 phase III | Toronto | Q2 2020 | 725 | 21 |
| DC21 phase I | Washington D.C. | Q4 2020 | 925 | 95 |
| SP3 phase III | São Paulo | Q4 2020 | 1,050 | 25 |
| LA7 phase II | Los Angeles | Q2 2021 | 750 | 54 |
| SV11 phase I | Silicon Valley | Q2 2021 | 1,450 | 142 |
| SP5x phase I | São Paulo | Q1 2022 | 500 | 52 |
| | | | 11,775 | 760 |
| **EMEA:** | | | | |
| AM4 phase III | Amsterdam | Q1 2020 | 975 | 26 |
| HH1 phase I | Hamburg | Q1 2020 | 375 | 27 |
| WA3 phase I | Warsaw | Q1 2020 | 550 | 34 |
| ZH5 phase III | Zurich | Q1 2020 | 475 | 91 |
| AM7 phase II-B | Amsterdam | Q2 2020 | 475 | 6 |
| MC1 phase I | Muscat | Q2 2020 | 250 | 28 |
| FR5 phase IV | Frankfurt | Q2 2020 | 350 | 25 |
| PA2 phase IV | Paris | Q3 2020 | 250 | 8 |
| HE7 phase II | Helsinki | Q4 2020 | 600 | 28 |
| ML5 phase I | Milan | Q4 2020 | 500 | 48 |
| PA9x phase I | Paris | Q4 2020 | 1,200 | 112 |
| AM7 phase III | Amsterdam | Q1 2021 | 1,425 | 63 |
| LD7 phase II | London | Q1 2021 | 875 | 30 |
| LD11x phase I | London | Q1 2021 | 1,450 | 135 |
| FR9x phase I | Frankfurt | Q1 2021 | 1,325 | 121 |
| MU4 phase I | Munich | Q3 2021 | 825 | 69 |
| | | | 11,900 | 851 |
| **Asia-Pacific:** | | | | |
| HK4 phase III | Hong Kong | Q2 2020 | 1,000 | 47 |
| SG5 phase I | Singapore | Q3 2020 | 1,300 | 144 |
| TY12x phase I | Tokyo | Q4 2020 | 950 | 147 |
| TY11 phase II | Tokyo | Q1 2021 | 1,225 | 58 |
| OS2x phase I | Osaka | Q4 2021 | 1,350 | 156 |
| | | | 5,825 | 552 |
| Total | | | 29,500 | $ 2,163 |

(1) Capital expenditures are approximate and may change based on final construction details.

## ITEM 3. Legal Proceedings

The following is a description of reportable legal proceedings, including those involving governmental authorities under federal, state and local laws regulating the discharge of materials into the environment.

In March 2019, charges were brought by the Public Prosecutor in Milan, Italy against Equinix (Italia) S.r.l. and Eric Schwartz, at that time one of the directors of Equinix (Italia) S.r.l., following the discovery of levels of copper in ground water in excess of those permitted by law and alleged to have been released by Equinix into the water supply. We

**EXHIBIT 6**

# TAB 6-B

## BENKOVSKI V. MEYERS, N.D. CAL. NO. 3:25-cv-01642 - PAGES 1 AND 25

Filed 14 February 2025

*Verified Shareholder Derivative Complaint (Wolf Haldenstein Adler Freeman & Herz LLP). Page 25 contains the February 2021 earnings-call passage: "all of our sites remain fully staffed and operational."*

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BORIS BENKOVSKI, Derivatively on Behalf of Nominal Defendant EQUINIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES J. MEYERS, ADAIRE FOX-MARTIN, NANCI CALDWELL, GARY HROMADKO, THOMAS OLINGER, CHRISTOPHER PAISLEY, JEETU PATEL, SANDRA RIVERA, FIDELMA RUSSO, PETER VAN CAMP, and KEITH D. TAYLOR,<br><br>Defendants,<br><br>and<br><br>EQUINIX, INC.,<br><br>Nominal Defendant. | Case No. ____________<br><br>**VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

. . . . Has there been any of that kind of give and take at Equinix? And might we revert to kind of higher more normalized levels of maintenance CapEx once they come out the other side of the pandemic?

*Defendant Meyers*: Yes. Generally, I wouldn't say that that was really a factor for us in terms of affecting our maintenance costs and maintenance CapEx. Because, again, all of our sites remain fully staffed and operational. . . . I'm sure there were examples of maintenances that were pushed out or -- but not in any meaningful way. ***And Q1 was low for us, but I think it was more an artifact of one pull forward into Q4***, which is a common thing for us to do at the end of the year is to try to get those things pulled in if we can get them done in Q4 ***and then probably a little bit of things pushing out into Q2***.

But I think we're, for the most part, going to trend towards our more common levels of recurring CapEx, which 3% to 5% annually. But Q1 is a seasonally low. It was 1.2%. I think that's probably at very low end. We'd expect a more normal level in Q2, which is more at the 3% level.

96. On February 10, 2021, the Company hosted an earnings call with analysts and investors to discuss 4Q20 financial results. During the call, Defendant Taylor reported Q4 AFFO of $517 million, adding that the result was "meaningfully above our expectations on a constant currency basis due to strong operating performance ***while absorbing seasonally higher recurring CapEx investments***, a similar scenario to prior years."

97. The statements identified above in earnings conference calls and the FY20 Periodic Filings were materially false and/or misleading and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, the Individual Defendants failed to disclose: (i) the Company overstated AFFO (and AFFO/share) by improperly classifying recurring CapEx as non-recurring CapEx expenses in violation of its own stated guidelines and SEC rules and regulations; (ii) the improper classification of CapEx materially misled investors into believing that Equinix was meeting, or beating, its AFFO guidance; and (iii) Equinix lacked adequate internal controls. As a result, the Individual Defendants caused the Company's public statements to be materially false and misleading at all relevant times. As a result, the Individual Defendants caused the Company's public statements to be materially false and misleading at all relevant times.

**EXHIBIT 6**

# TAB 6-C

## REPORT CONCERNING THE ALEXANDRIA (NSW) PROPERTY

22 October 2026

*"Curtis, Gonski, Mordant sell Alexandria Bunnings for $70m" - realestatesource.com.au.*

REALESTATE SOURCE.COM.AU




NEWS SECTORS SPOTLIGHT ABOUT US ADVERTISE




New South Wales News

# Curtis, Gonski, Mordant sell Alexandria Bunnings for $70m

December 1, 2020 Marc Pallisco

Charter Hall is paying $70 million for an outgoing Bunnings outlet on 1.9 hectares near Sydney Airport with plans to repurpose it as a logistics investment.



*The 1.9 hectare site at the north east corner of Gardeners and Bourke roads.*

The Alexandria site, 520-530 Gardeners Road, on the north east corner of Bourke, will be held by Core Logistics Partnership.

It was offloaded by prominent businessmen John Curtis, David Gonski and Simon Mordant's Mordant Properties.

The sale price reflects a significant windfall – the vendors paying $16m in 2015 when the occupier's lease expiry was considered risky (Bunnings, which no longer needs the facility, is committed until 2024).

Since owning the property, and especially after COVID, Australia's industrial sector has performed strongly as business model changes focused on distribution over retail footprint.

## Income generating land bank: Charter Hall of Alexandria property

Charter Hall describes the Alexandria/Mascot industrial and logistics precinct as tightly held and the asset as an income generating land bank.

It has negotiated a surrender package with Bunnings.

The landlord reasoned the purchase, saying it is anticipating a shortage for well-located commercial stock because of the area's gentrification which has in recent years caused large industrial parcels to be rezoned for high density residential use.

"The [Alexandria] property provides excellent redevelopment options including the ability to develop a high-profile logistics or last mile facility under the current zoning," according to CLP fund manager, Simon Greig.

"This acquisition is aligned with CLP's strategy to replenish its development landbank and grow its Sydney portfolio," he added.

"It will capitalise on strong demand for industrial and logistics facilities in the South Sydney area".

Alexandria is about 2.5 kilometres from Sydney Airport and three times that distance to the CBD.

The address is also near St Peter's Westconnex Interchange, set to open in 2023, linking the M4 and M5.

"South Sydney is one of the most sought-after industrial precincts in Australia given the access to major transport hubs, the Sydney CBD, port, airport and surrounding densified residential precincts" a company statement said (story continues below).



Advertisement

One Commercial's Josh Charles introduced Charter Hall to 520-530 Gardeners Road.

## Charter Hall now owns 60 Australian Bunnings stores

Sixty Australian Bunnings outlets are now owned by Charter Hall.

Last month, the landlord paid $353m for six of them – on behalf of its managed Long WALE Hardware Partnership.

The fund is also speculated to be giving that vendor, CBRE Global Investors Asia Pacific Bunnings Trust, $50m for an Auckland investment of this type.

Since 2006, Charter Hall has acquired Bunnings stores as part of a portfolio seven times.

Most of the properties occupy large prominent holdings; some, like Alexandria, which lend themselves to an industrial repurpose.

## Industrial and logistics portfolio exceeds $11b now: Charter Hall

Charter Hall managing director and chief executive officer David Harrison said the Alexandria purchase and its relationship with Bunnings "has allowed us to access a fantastic high profile corner site with multiple development options".

The value of industrial and logistics assets controlled by the group also now exceeds $11b, leased to more than 140 businesses, the institution added.

It owns land which could make way for another $1.5b of product, too.

CLP specifically is worth about $2b.

Its portfolio includes 38 industrial and logistics properties – 99.7pc of which is occupied, on tenancy agreements which should see 3pc per annum rent rises.

The fund's Weighted Average Lease Expiry is 9.3 years.



*The view from Bunnings Alexandria's car park. Charter Hall said it bought the asset as a commercial development play because much of the suburb's industrial stock has recently been replaced with high density housing. Image (and top): Google Street View.*

Share or Recommend article

Share Tweet LinkedIn Email

← GPT pays Charter Hall $127.6m for Truganina industrial investments, land

Arden development cycle clicks into gear with Mustang inspired VACC HQ →



Marc Pallisco

A former property analyst and print journalist, Marc is the publisher of realestatesource.com.au.

You May Also Like




Recent Posts

Council eyes c$25m state-owned site October 22, 2026

Garda sells down portfolio to focus on lending October 22, 2026

Willer pays $16.2m for Perth industrial investment October 22, 2026

Hamton, Hostplus appointed to $7b Arden Control October 22, 2026

Mathieson, Perich expand into new markets October 22, 2026

Assemble rolls out charging stations across 800 BTRTO homes October 22, 2026

Not-for-profit buys $34m aged care home October 22, 2026

Spotlight buys $30m site beside Dreamworld October 22, 2026

Rodeo turns visitors into property buyers: agent October 22, 2026

Alceon, Mirvac trade $124m Brisbane office October 21, 2026






Advertisement

About us
Contact us
Terms and Conditions
Privacy Policy

Subscribe to our newsletter

Enter your email address

Send

Copyright © 2026 realestatesource. All rights reserved.