**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

**SAJJAD NASIR,**
Plaintiff,

v.

SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR; EQUINIX, INC.; COMMISSIONER OF POLICE, STATE OF NEW SOUTH WALES, COMMONWEALTH OF AUSTRALIA,
Defendants.

**Case No. 2:26-cv-03788-JCC**

# EXHIBIT 12 (CORRECTED)

## COMPLAINT TO THE HONG KONG COMPANIES REGISTRY (·····) CONCERNING LEASEWEB HONG KONG LIMITED

Submitted by: Sajjad Nasir, Plaintiff, pro se. U 29 30-44 Railway Terrace, Granville NSW 2142, Australia. Email: sajjadqut01@outlook.com.

*This corrected exhibit replaces the exhibit filed at ECF No. 12. The original cover materials have been removed; a cover sheet, a table of contents, a summary, divider page and consecutive page numbering have been added. The complaint form is reproduced in full.*

# EXHIBIT 12 (CORRECTED) - TABLE OF CONTENTS AND SUMMARY


| Tab | Document | Date | Ex. pg. |
|---|---|---|---|
| **12-A** | Complaint Form - Reporting Breaches of the Companies Ordinance, submitted to the Hong Kong Companies Registry concerning Leaseweb Hong Kong Limited (3 pages) | 12 Jan 2026 | 5 |


## SUMMARY

- Recipient: the Hong Kong Companies Registry (·····), 14th Floor, Queensway Government Offices, 66 Queensway, Hong Kong.

- Subject: Leaseweb Hong Kong Limited (Leaseweb HK), alleged to have been registered using director and company-secretary particulars that appear nominal, and a registered address that does not correspond with the company's publicly represented place of business.

- Related authorities: the complaint lists the Securities and Futures Commission (SFC) of Hong Kong (···········), ASIC, the Japan FSA/SESC, the SEC and the ASX among the authorities contacted.

# EXHIBIT 12 (CORRECTED) - CONTENTIONS AND AUTHENTICATION

## Plaintiff's contentions

- Plaintiff contends that the Leaseweb entities were presented in Equinix, Inc.'s public statements as operational customers and counterparties, while the corporate registry records show nominal officers and addresses that do not correspond to the represented places of business.
- Plaintiff submitted the complaint to the Hong Kong Companies Registry as part of the sequence of disclosures that preceded the adverse actions alleged in the Complaint.

## Correct names of the Hong Kong authorities

The securities regulator of Hong Kong is the Securities and Futures Commission (SFC) (···········). The company registry is the Companies Registry (·····). The complaint in this exhibit was submitted to the Companies Registry; the SFC is a separate authority.

## Authentication

The complaint is reproduced in full from the file provided to Plaintiff. Plaintiff will authenticate it by declaration under 28 U.S.C. § 1746 and will produce the filing/transmission record on request.

**EXHIBIT 12**

# TAB 12-A

## COMPLAINT FORM - REPORTING BREACHES OF THE COMPANIES ORDINANCE - LEASEWEB HONG KONG LIMITED

12 January 2026

*Three pages of the complaint form as completed.*

公 司 註 冊 處

COMPANIES REGISTRY

# Complaint Form - Reporting Breaches of the Companies Ordinance



**Read this first**

You can use this form to lodge a complaint with us about a company, or an individual who is connected with the company, if you believe that there has been a breach of the provisions of the Companies Ordinance.

You can return the completed form to our office in person or by mail, by fax or vide emails.

Address : 14th Floor, Queensway Government Offices,
66 Queensway, Hong Kong.
Website : www.cr.gov.hk
Email : crenq@cr.gov.hk
Fax : (852) 2596 0585
24-hour Enquiry Hotline : (852) 2234 9933 (IVRS) / (852) 2867 2600

## Investigations of complaints by the Companies Registry

The Companies Registry is primarily responsible for registration of documents delivered by companies as required under the provisions of the Companies Ordinance, maintaining the records kept in the Companies Register and enforcing compliance by companies and their officers with their obligations under the Companies Ordinance.

The Companies Registry will investigate complaints relating to alleged breaches of the Companies Ordinance.

The Companies Registry will not investigate any complaint where the subject of the complaint concerns an internal dispute between shareholders or directors over the management of the company. In those circumstances, it may be more appropriate for you to seek independent legal or other professional advice.

For a complaint in respect of companies or persons listed below, you may consider seeking the assistance of the following government departments or organisations :-

Public listed companies
- The Securities and Futures Commission
- The Stock Exchange of Hong Kong Limited

Banks and financial institutions
- The Hong Kong Monetary Authority

Companies under compulsory winding-up
- The Official Receiver's Office

Auditors
- The Hong Kong Institute of Certified Public Accountants

Employers
- Labour Department

Any allegations of fraud or forgery may be reported to The Hong Kong Police Force as they are the appropriate authority to deal with such matters.

## What will happen to your complaint?

We will acknowledge receipt of your complaint within 10 days.

We will consider carefully the information you provide to see whether there is a basis for investigation. We may contact you to obtain further information or documents.

We may contact the company, its directors or shareholders, or third parties in possession of the relevant information or documents, for investigation purposes.

Depending on the circumstances of the case, you may be asked to give us a witness statement regarding your complaint.

Upon completion of our investigation, we will inform you whether we will take any action.

In deciding whether to prosecute, we will consider whether there is sufficient evidence and, if there is, whether it is in the public interest to pursue a prosecution.

Where we decide to take prosecution action on your complaint, you may be required to give evidence in court.

The followings are some examples of breaches of the Companies Ordinance:

- Failure to deliver notice of change of directors for registration
- Failure to deliver notice of change in the address of registered office for registration
- Failure to deliver or late filing of an annual return for registration
- Failure to hold an Annual General Meeting
- Giving false information in an application for deregistration of a company
- Making a false statement in any document delivered for registration

Notes about personal data

The provision of personal data is voluntary. Your personal data in this form and any subsequent change reported by you to the Companies Registry will be used by the Companies Registry for the following purposes :-

(1) to carry out investigation of your complaint or prosecution of the alleged offence;
(2) to facilitate communications between you and the Companies Registry.

Your personal data may be disclosed to the court, other government bureaux and departments for the purposes mentioned in (1) above.

You have the right to request for access to or correction of your personal data. You may send your request to the Personal Data Privacy Officer of the Companies Registry.

# Complaint Form

## Tell us about yourself

Mr/Ms/Mrs Sajjad Nasir
(given name) (family name)
(please provide full name)

Correspondence address U29/30 railway Tc Granville 2142
NSW Australia

Email Sajjadqut01@outlook.com

Telephone no.
(Daytime)
(Mobile)

Fax no.

What best describes your connection with the company in question?

☐ Auditor/Liquidator/Receiver
☐ Officer (e.g. Director, Company Secretary)
☐ Shareholder
X Employee
☐ Creditor
☐ Lawyer
☐
☐ Member of general public

## Tell us who you want to complain about

You can complain about a company or an individual who is connected with the company in some way, such as a director or company secretary. If you want to complain about more than one company or individual, please include the details of the other companies or individuals on a separate page. If your complaint is about a company and an individual, include information about both.

## Details of the company / individual under complaint

Name of company or individual

**Leaseweb Hong Kong Limited**
**(operating and publicly represented under the name "Leaseweb")**

Business Registration Number: if known **2909745**

Address: **17/F, Global Gateway, 168 Yeung Uk Road, Tsuen Wan, Hong Kong SAR**

Website and/or email address

Phone no.

Fax no.

If you are complaining about an individual, please state his/her connection with the company:

X **director** ☐ company secretary

☐ **Others, please specify: Nominal officers. Identity and registered particulars appear false or inconsistent with publicly represented business address and operations.**

## Tell us about your complaint

To help us understand how we can help you there is some information we would like you to give us :-

Have you, or another person that you know of, started legal action about this complaint?

X YES ☐ NO

If the answer is YES, please provide details of the court action below, including any relevant documents for our consideration.

**Legal and regulatory proceedings and complaints concerning related entities and disclosure issues have been initiated or engaged in other jurisdictions.**
**Relevant authorities contacted include:**
**Australian Securities and Investments Commission (ASIC);**
**Japan Financial Services Agency / Securities and Exchange Surveillance Commission (FSA/SESC);**
**U.S. Securities and Exchange Commission (SEC);**
**Australian Securities Exchange (ASX);**
**NASDAQ.**

**No court proceedings have been commenced in Hong Kong at this stage.**

Please indicate which, if any, of the following organisations you have contacted about your complaint: -

☐ The Securities and Futures Commission
☐ The Stock Exchange of Hong Kong Limited
☐ The Hong Kong Monetary Authority
☐ The Official Receiver's Office
✓ The Hong Kong Institute of Certified Public Accountants ✓
☐ The Hong Kong Police Force
☐ Labour Department
☐ Others, please specify

Please give the date(s) on which you contacted the organisation(s) :-

Australian Securities and Investments Commission (ASIC);
Japan Financial Services Agency / Securities and Exchange Surveillance Commission (FSA/SESC);
U.S. Securities and Exchange Commission (SEC);
Australian Securities Exchange (ASX);
NASDAQ.
**Date(s) contacted:**
December 2023 – April 2024

## Tell us what happened

Describe the events (including dates) in the order they happened. Please provide documents that support your complaint.

In **January 2020, Leaseweb Hong Kong Limited** was incorporated in Hong Kong. Public registry records indicate the company was

registered using **director and company secretary particulars that appear nominal**, and a **registered address that does not correspond with the company's publicly represented place of business**.

Specifically, Leaseweb Hong Kong Limited has publicly advertised and represented its business address as:

**17/F, Global Gateway, 168 Yeung Uk Road, Tsuen Wan, Hong Kong SAR**

However, this address **does not correspond with the registered address or verifiable operational records held by the Companies Registry**, nor is there publicly verifiable evidence of business operations being conducted at that location. This discrepancy indicates that a **false or misleading business address was used to establish jurisdictional presence** in Hong Kong.

Similar patterns were identified in **Japan**, where **Leaseweb Japan Co., Ltd.** was incorporated in January 2020 with minimal subsequent filings and no publicly verifiable operational activity, despite being referenced in market-facing disclosures as an active business. Comparable inconsistencies were also identified in **Australia**, where **Leaseweb Australia Pty Ltd** was registered with inconsistent corporate particulars and later subject to insolvency-related findings, yet continued to be referenced as an operating entity. Related representations also involve entities in the **Netherlands**, where branding and operational claims do not consistently align with legal registrations.

From **2023 onward**, these entities were referenced in disclosures and market materials as active operating businesses, despite the absence of substantiated registry evidence across jurisdictions. Taken together, the information indicates a **pattern of coordinated corporate registrations using misleading addresses, nominal officers, and inconsistent identity information** to create the appearance of multinational operations without verifiable substance.

This complaint is supported by **corporate registry extracts, address comparisons, and disclosure materials**, and is submitted to enable the Companies Registry to assess compliance with the **Companies Ordinance**, particularly regarding the accuracy of information provided at incorporation and thereafter.

**Date first identified:** December 2023