**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

**SAJJAD NASIR,**
Plaintiff,

v.

SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR; EQUINIX, INC.; COMMISSIONER OF POLICE, STATE OF NEW SOUTH WALES, COMMONWEALTH OF AUSTRALIA,
Defendants.

**Case No. 2:26-cv-03788-JCC**

# EXHIBIT B

## DOJ CIVIL RIGHTS DIVISION REPORT NO. 728857-BTF AND THE OJP OFFICE FOR CIVIL RIGHTS "CLOSURE" OF A COMPLAINT NEVER FILED WITH THAT OFFICE (OCTOBER 23, 2026)

Submitted by: Sajjad Nasir, Plaintiff, pro se. U 29 30-44 Railway Terrace, Granville NSW 2142, Australia. Email: sajjadqut01@outlook.com.

*This exhibit presents the original Civil Rights Division acknowledgment (Tab B-1) against the later Office for Civil Rights closure notice (Tab B-2), which purports to close a report that was never filed with that office.*

# EXHIBIT B - TABLE OF CONTENTS


| Tab | Document | Date | Ex. pg. |
|---|---|---|---|
| **B-1** | U.S. Department of Justice, Civil Rights Division - report acknowledgment, Report No. 728857-BTF (2 pp.) | 20 Feb 2026 | 5 |
| **B-2** | Office for Civil Rights, Office of Justice Programs - "Notification: Administrative Closure of Civil Rights Report," with Plaintiff's reply of October 24, 2026 (1 p.) | 23-24 Oct 2026 | 8 |


## COMPARISON OF THE TWO COMMUNICATIONS

| Attribute | February 20, 2026 | October 23, 2026 |
|---|---|---|
| Office | Civil Rights Division | Office for Civil Rights, OJP |
| Date | February 20, 2026 | October 23, 2026 |
| Reference number | 728857-BTF | none |
| Sender | civilrightsdonotreply@mail.civilrights.usdoj.gov | askOCR@usdoj.gov (general mailbox) |
| What it addresses | the report Plaintiff submitted on February 18, 2026 | "the civil rights violation report that you submitted online to the DOJ" - no number, no identification |
| Action taken | review; alleged criminal civil-rights violation; FBI identified as first and best place to report | "no jurisdiction"; report file closed; no further action |

*Source: the two communications reproduced at Tabs B-1 and B-2.*

# EXHIBIT B - PLAINTIFF'S CONTENTIONS AND AUTHENTICATION

## What the exhibit shows

- On February 18, 2026, Plaintiff submitted a report to the Department of Justice concerning Equinix, Inc.'s conduct. On February 20, 2026, the Civil Rights Division acknowledged it under Report No. 728857-BTF, stating that the report alleged a criminal violation of civil rights and identifying the FBI as the first and best place to report (Tab B-1).
- On October 23, 2026, the Office for Civil Rights within the Office of Justice Programs sent a "Notification: Administrative Closure of Civil Rights Report" from the general mailbox askOCR@usdoj.gov. The notice identifies no report number, does not refer to Report No. 728857-BTF, and closes "the civil rights violation report that you submitted online to the DOJ" (Tab B-2).
- The complaint Plaintiff actually filed was a whistleblower complaint submitted to the IRS Whistleblower Office - not a report filed with the Office for Civil Rights of the Office of Justice Programs.

## Plaintiff's contentions

- Plaintiff contends that the October 23, 2026 notice is a generic closure of a complaint that was never filed with that office: it bears no report number, it is sent from a general mailbox, and it does not identify any complaint, claim number, or reference to the Civil Rights Division file.
- Plaintiff contends that the notice was generated to create the appearance that the complaint had been reviewed and closed, while the actual complaint - the whistleblower submission to the IRS Whistleblower Office - remained pending and unaddressed.
- Plaintiff contends that the timing of the notice - after this action was filed on October 14, 2026 - and its generic wording are consistent with the pattern of fabricated and misleading agency correspondence alleged in the Complaint.

## Authentication

The communications are reproduced from the files provided to Plaintiff. Plaintiff will authenticate them by declaration under 28 U.S.C. § 1746 and will produce the e-mail messages with their transmission records, together with the IRS Whistleblower Office filing, on request.

**EXHIBIT B**

# TAB B-1

## U.S. DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION - REPORT ACKNOWLEDGMENT, REPORT NO. 728857-BTF

February 20, 2026

*Two pages: the Civil Rights Division response to the report submitted February 18, 2026.*

Outlook

**Fw: Response: Your Civil Rights Division Report - 728857-BTF from the Administrative Section**

**From** Sajjad Nasir <sajjadqut01@outlook.com>
**Date** Wed 25/02/2026 14:27

**From:** DOJ Civil Rights - Do Not Reply <civilrightsdonotreply@mail.civilrights.usdoj.gov>
**Sent:** 20 February 2026 00:25
**To:** sajjadqut01@outlook.com <sajjadqut01@outlook.com>
**Subject:** Response: Your Civil Rights Division Report - 728857-BTF from the Administrative Section

U.S. Department of Justice
**Civil Rights Division**
civilrights.justice.gov

Dear Sajjad Nasir,

You contacted the Department of Justice on February 18, 2026.

#What we did:

Your report number is 728857-BTF.

Team members from the Civil Rights Division reviewed the information you submitted. Based on your report, our team determined that you alleged a criminal violation of civil

rights.

We will carefully review your report and will contact you if we need additional information. However, you should be aware that the Civil Rights Division receives thousands of reports from the public each year and generally becomes involved only after an investigation is started by the Federal Bureau of Investigation (FBI) or other law enforcement agency.

Accordingly, we want to make you aware that in situations involving criminal violations of federal civil rights laws, the FBI serves as the first and best place to report.

#What you can do:

The FBI may be able to help in your situation. You can contact the FBI by any of the methods outlined below.

**Online:**

[www.fbi.gov/contact-us](www.fbi.gov/contact-us)

**By phone or in-person:**

Contact your local FBI office (recommended)

[www.fbi.gov/contact-us/field-offices](www.fbi.gov/contact-us/field-offices)

#How you helped:

Your report will help us advance civil rights. Information from reports such as yours helps us understand emerging trends and issues in civil rights. This helps inform how we protect the civil rights of all people in this country.

Thank you for taking the time to contact the Department of Justice about your concerns.

Sincerely,

U.S. Department of Justice
Civil Rights Division

## Contact

civilrights.justice.gov

U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

(202) 514-3847
1-855-856-1247 (toll-free)
Telephone Device for the Deaf (TTY) (202) 514-0716

**EXHIBIT B**

# TAB B-2

## OFFICE FOR CIVIL RIGHTS, OFFICE OF JUSTICE PROGRAMS - "NOTIFICATION: ADMINISTRATIVE CLOSURE OF CIVIL RIGHTS REPORT"

October 23, 2026

*One page: the closure notice, with Plaintiff's reply of October 24, 2026 - no report number, general mailbox, no identification of the complaint.*

## Re: Notification: Administrative Closure of Civil Rights Report

**From** Sajjad Nasir <sajjadqut01@outlook.com>
**Date** Sat 24/10/2026 20:53
**To** OCR, Ask (OJP) <askOCR@usdoj.gov>

No idea what report is being referred here which I reported and now closed after careful consideration.

---

**From:** OCR, Ask (OJP) <askOCR@usdoj.gov>
**Sent:** Friday, October 23, 2026 02:39
**Subject:** Notification: Administrative Closure of Civil Rights Report

To whom it may concern:

The Office for Civil Rights (OCR) within the Office of Justice Programs of the U.S. Department of Justice (DOJ) has reviewed the civil rights violation report that you submitted online to the DOJ.

OCR is the office charged with the administrative responsibility for enforcing statutes and regulations relating to discrimination by recipients of Federal financial assistance in the delivery of services or in employment practices. OCR reviews and, if appropriate, investigates complaints of discrimination. OCR cannot represent any party, refer anyone for legal representation, or give legal advice.

After careful review of your report, OCR has determined that it does not have jurisdiction, or authority, to take further action on it. This may be because your report does not sufficiently allege a violation of the federal laws enforced by OCR, because the entity you complained about is not funded by DOJ or because your allegation is untimely under DOJ regulations, which require that complaints be filed within a certain amount of time. Your report file has been closed and no further action will be taken by OCR.

Our determination does not prevent you from raising these concerns with other agencies or the courts. You may wish to consult an attorney; one may be available at low or no cost to you through a local legal aid or other legal services organization.

Thank you for contacting the DOJ with your concerns.

Sincerely,

Office for Civil Rights
Office of Justice Programs