**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

SAJJAD NASIR

**Plaintiff(s),**

1. THE SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR

2. EQUINIX INC.

3. COMMISSIONER OF POLICE, STATE OF NEW SOUTH WALES, COMMONWEALTH OF AUSTRALIA

**Defendant(s).**

CASE NO 2:26-cv-03788-JCC

CASE TRASNFER TO DISTRCT COURT OF NORTHREN CALIFORNIA

Jury Trial ☒: Yes ☐ No

## 1. TRANFER OF CASE

a) Defendant Equinix, falsifications and misrepresentations in its United States Securities and Exchange Commission Form 10-K annual filings—including falsified CEO/CFO certifications under Sections 302 and 906 of the Sarbanes–Oxley Act, securities fraud, manipulation of the United States Congressional subpoena issued to Defendant China Unicom, and forced labor and human trafficking used to validate financial and securities frauds—***paid corrupt payments*** to

the Clerk of the United States Court of Appeals for the Ninth Circuit, the Clerk of the United States Court of Appeals for the Seventh Circuit, the Clerk of the United States District Court for the Western District of Wisconsin, the Clerk of the United States District Court for the Western District of Washington, the Clerk of the United States District Court for the Central District of California, and the Clerk of the United States Judicial Panel on Multidistrict Litigation, in order to commit judicial fraud, obstruction with court filings, United States Postal Service mail fraud, retaliation, and the fabrication and falsification of court documents as follows:

I. Defendant Equinix, Inc. paid corrupt payments to ***Joshua C. Lewis, the Clerk of the United States District Court for the Western District of Washington***, to fabricate various court orders and docket records, fabricate a notice of appeal, fabricate United States Postal Service mail, fabricate filings, obstruct summons, fabricate PACER records, and falsify various other records. Joshua C. Lewis, as a member of criminal syndicate, provides protection to various criminal syndicates.

II. ***Joshua C. Lewis, the Clerk of the United States District Court for the Western District of Washington***, is involved in various judicial frauds, United States of America Securities and Exchange Commission securities frauds, financial corruption, and banking frauds with Equinix, Inc. Joshua C. Lewis, the Clerk of the United States District Court for the Western District of Washington, also received corrupt payments from Equinix, Inc. to obstruct legal actions against himself and Equinix, Inc. involving forced labor and human trafficking.

III. ***Joshua C. Lewis, the Clerk of the United States District Court for the Western District of Washington***, is involved in running a multinational trafficking and forced labor syndicate and criminal syndicate with Equinix, Inc. Joshua C. Lewis, the Clerk of the United States District Court for the Western District of Washington, also received corrupt payments from Equinix, Inc. to obstruct legal actions against himself and Equinix, Inc. involving forced labor and human trafficking.

IV. ***Joshua C. Lewis, the Clerk of the United States District Court for the Western District of Washington***, is involved in running a crime syndicate involved in United States of America postal frauds linked to various other criminal activities, including vote mail frauds.

V. ***Joshua C. Lewis*, the Clerk of the United States District Court for the Western District of Washington ,** in order to **(a)** obstruct the issuance of summons to Defendant Equinix, Inc.; **(b)** fabricate various filings ; **(c)** commit mail fraud through the United States Postal Service; **(d)** engage in retaliation and obstruction; **(e)** facilitate falsification and misrepresentation regarding the securities frauds and annual filings; **(f)** fabricate a dismissal order; and **(g)** obstruct the filing of a notice of appeal with the United States Court of Appeals for the Seventh Circuit in ***Case No. 2:26-cv-0185, Case No. Case No. 3:26-cv-5809-JLR (amended application) and case No. 2:26-cv-02685-TL (amended application).***

VI. ***Subsequently,*** Defendant Equinix, Inc. paid corrupt payments to ***Jamie Smith*, the Clerk of the United States District Court for the Western District of Wisconsin,** in order to **(a)** obstruct the issuance of summons to Defendant Equinix, Inc.; **(b)** fabricate various filings ; **(c)** commit mail fraud through the United States Postal Service; **(d)** engage in retaliation and obstruction; **(e)** facilitate falsification and misrepresentation regarding the securities frauds and annual filings; (f) fabricate a dismissal order; and **(g)** obstruct the filing of a notice of appeal with the United States Court of Appeals for the Seventh Circuit in ***Case No. 3:26-cv-00606-WMC.(new application)***

VII. ***Again,*** Defendant Equinix, Inc. paid corrupt payments to ***Brian D. Karth ,* the Clerk of the United States District Court for the central District of California *,*** in order to **(a)** obstruct the issuance of summons to Defendant Equinix, Inc.; **(b)** fabricate various filings ; **(c)** commit mail fraud through the United States Postal Service; **(d)** engage in retaliation and obstruction; **(e)** facilitate falsification and misrepresentation regarding the securities frauds and annual filings; **(f)** fabricate a dismissal order; and **(g)** obstruct the filing of a notice of appeal with the United States Court of Appeals for the Seventh Circuit in ***Case No : Case 2:26-cv-09084-RGK-SK SK.(new application)***

VIII. **Additionally** , Defendant Equinix, Inc. made corrupt payments to ***Jessica D. Birnbaum, Clerk of the United States Judicial Panel on Multidistrict Litigation***, on August 5, 2026, and again on September 21, 2026, in order to obstruct the transfer and removal of the following actions pending in the federal district courts of the United States: ***Case No. 3:26-cv-5809-JLR*** and Case No. ***2:26-cv-02685-TL***, pending in the United States District Court for the Western District of Washington, and ***Case No. 3:26-cv-00606-WMC***, pending in the United States District Court for the Western District of Wisconsin.

IX. Defendant Equinix, Inc. paid corrupt payments to **Chris Conway**, **the Clerk of the United States Court of Appeals for the Seventh Circuit** and ***Jamie Smith,*** *the Clerk of the United States District Court for the Western District of Wisconsi**n*** to fabricate three notices of appeal for the same district court of western Wisconsin case ***No. 3:26-cv-00606-WMC*** despite the fact that a no notice of appeal ever lodged with the district court of western Wisconsin (a) Fabricated appeal notice Seventh Circuit Court of appeal case **26-2462** (b) Fabricated appeal notice seventh circuit court of appeal case number **26-246**3 (c) fabricated appeal notice seventh circuit case number **26-2446**.

***X.*** Defendant Equinix, Inc. paid corrupt payments to ***Molly C. Dwyer, the Clerk of the United States Court of Appeals for the Ninth Circuit***,(a) to withhold assignment of a docket number to Plaintiff's original notice of appeal, Case No. 26-4162 [Entered: 07/01/2026 08:56 AM], and (b) to fabricate a final order dated 06/25/2-28 (c) and latter fabricate a new notice of appeal case number No. 2:26-cv-018532:26-cv-01853 [Entered: 10/15/2026 02:47] for the same case United States District Court for the Western District of Washington case, No. 2:26-cv-01853.

***XI.*** Defendant Equinix, Inc. paid corrupt payments to ***Molly C. Dwyer, the Clerk of the United States Court of Appeals for the Ninth Circuit***, (a) to withhold assignment of a docket number to Plaintiff's original notice of appeal, Case No. 26-6831 - 001, and (b) to fabricate a dismissal order for the case number 26-6831 (c) causing plaintiff to re-lodge a new notice of appeal for the same district court of western California case number 26-6831.

XII. Meanwhile, Defendant Equinix, Inc., in collusion with the *Commissioner of Police of New South Wales, Commonwealth of Australia, Molly C. Dwyer, the Clerk of the United States Court of Appeals for the Ninth Circuit , Jamie Smith**,** the Clerk of the United States District Court for the Western District of Wisconsi**n,*** Chris Conway, the Clerk of the United States Court of Appeals for the Seventh Circuit, *Brian D. Karth ,* the Clerk of the United States District Court for the central District of California, *Joshua C. Lewis*, the Clerk of the United States District Court for the Western District of Washington **,** engaged in United States Postal Service *mail fraud and judicial fraud* in connection with the above-mentioned cases in the United States District Court for the Western District of Wisconsin, the Western District of Washington, and the Central District of California.

XIII. Plaintiff respectfully requests an order transferring the appeal notice to the United States Court of Appeals for the Fifth Circuit.

## I. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ￼ 10 / 07 /2026

Signature of Plaintiff

Printed Name of Plaintiff Sajjad Nasir