THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAJJAD NASIR,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | CASE NO. C26-3788-JCC<br><br>ORDER |

On October 29, 2026, Plaintiff lodged a filing captioned a request to transfer this matter to the "Distrct [sic] Court of Northren [sic] California." (Dkt. No. 27 at 1.) The filing went on to proffer various allegations against Court staff and third parties. (*See generally id.*) It then asked for "an order transferring the appeal notice to the United States Court of Appeals for the Fifth Circuit." (*Id.* at 5.) Plaintiff provided no legal argument in support of such a transfer, nor is the Court independently aware of such a basis. *See generally* 28 U.S.C. §§ 1404, 1407. Accordingly, the request (Dkt. No. 27) is DENIED.

So ORDERED this 2nd day of November 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE