**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

Case No. 2:26-cv-03788-JCC

SAJJAD NASIR,

Plaintiff,

v.

THE SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR; EQUINIX, INC.; COMMISSIONER OF POLICE, STATE OF NEW SOUTH WALES, COMMONWEALTH OF AUSTRALIA,

Defendants.

**EXHIBIT 31**

# THE SYDNEY "OWNED" REPRESENTATION AND SY5

**EQUINIX, INC. — FY2019 FORM 10-K, ITEMS 2 AND 15, AND THE SOX §§ 302 AND 906 CERTIFICATIONS**

Tab A — Form 10-K cover and Item 2: the Australian metros designated "Owned"

Tab B — Schedule III: SY5, Sydney — initial land cost nil, acquired 2018

Tab C — the SOX §§ 302 and 906 certifications to the same report

Tab D — Equinix's own shareholder-derivative filing, pages 1 and 25

Tab E — the Alexandria (NSW) property record, annotated

Tab F — what the documents show, and authentication

Sajjad Nasir, Plaintiff pro se — November 2026

# INDEX TO EXHIBIT 31


| Tab | Page | Document |
|---|---|---|
| **A** | 3 | Form 10-K FY2019 cover; Item 2 (Properties), page 33 — Sydney “Owned” |
| **B** | 6 | Form 10-K FY2019, Schedule III, page F-71 — the SY5 row |
| **C** | 8 | SOX §§ 302 and 906 certifications — Exhibits 31.1, 31.2, 32.1, 32.2 |
| **D** | 13 | Benkovski v. Meyers, N.D. Cal. No. 3:25-cv-01642 — pages 1 and 25 |
| **E** | 16 | Equinix announcement of 13 November 2019; Alexandria (NSW) property record |
| **F** | 20 | What the documents show; declaration and authentication |

# TAB A

### ITEM 2 (PROPERTIES) — ASIA-PACIFIC "OWNED" DESIGNATIONS, PAGE 33

Source: Form 10-K for the fiscal year ended 31 December 2019, filed 21 February 2020 (SEC EDGAR, CIK 0001101239, accession 0001628280-20-001947), page 33.

**What this page states:**

- Adelaide, Brisbane, Canberra, Melbourne, Perth and Sydney each carry a dot under "Owned" in the Asia-Pacific table.
- Footnote (2): "Owned sites include IBX data centers subject to long-term ground leases."
- The page reports 45 IBXs in Asia-Pacific, 65,800 cabinets and 75% cabinet utilization.

**Governing provisions:**

*18 U.S.C. § 1514A(a)(1): information regarding conduct the employee reasonably believes violates §§ 1341, 1343, 1344 or 1348, any SEC rule, or any federal law relating to fraud against shareholders.*

*18 U.S.C. § 1348: a scheme or artifice to defraud any person in connection with a security of a registered issuer.*

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2019**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from ____________ to ____________**

**Commission file number 000-31293**

## EQUINIX, INC.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **77-0487526** |
| (State of incorporation) | (IRS Employer Identification No.) |

**One Lagoon Drive, Redwood City, California 94065**
(Address of principal executive offices, including ZIP code)

**(650) 598-6000**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.001 | EQIX | The NASDAQ Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act:** None

Indicate by check mark if the registrant is a well-known seasoned issuer as defined in Rule 405 of the Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

Table of Contents




**Asia-Pacific**

| Metro | Leased [1] | Owned [1] [2] |
|---|---|---|
| Adelaide | | ● |
| Brisbane | | ● |
| Canberra | | ● |
| Hong Kong | ● | |
| Melbourne | | ● |
| Osaka | ● | |
| Perth | | ● |
| Seoul | ● | |
| Singapore | ● | |
| Shanghai | ● | ● |
| Sydney | ● | ● |
| Tokyo | ● | ● |
| Jakarta (unconsolidated) | ● | |

(1) "●" denotes locations with one or more data centers.

(2) Owned sites include IBX data centers subject to long-term ground leases.

The following table presents an overview of our portfolio of IBX data centers as of December 31, 2019:

| | # of IBXs [1] | Total Cabinet Capacity [2] | Cabinets Billed | Cabinet Utilization % [3] | MRR per Cabinet [4] |
|---|---|---|---|---|---|
| Americas | 86 | 110,900 | 85,000 | 77% | $ 2,384 |
| EMEA | 73 | 120,300 | 101,200 | 84% | 1,456 |
| Asia-Pacific | 45 | 65,800 | 49,600 | 75% | 1,824 |
| **Total** | **204** | **297,000** | **235,800** | | |

(1) Excludes three data centers held by unconsolidated entities (i.e. two xScale data centers and the JK1 IBX data center) and three Mexico data centers acquired in January 2020.

(2) Cabinets represent a specific amount of space within an IBX data center. Customers can combine and use multiple adjacent cabinets within an IBX data center, depending on their space requirements.

(3) The cabinet utilization rate represents the percentage of cabinet space billed versus total cabinet capacity, taking into consideration power limitations.

(4) MRR per cabinet represents average monthly recurring revenue recognized divided by the average number of cabinets billing during the fourth quarter of the year. Americas MRR per cabinet excludes Brazil, Colombia and Infomart non-IBX tenant income and Asia-Pacific MRR per Cabinet excludes Bit-isle MIS.

# TAB B

## SCHEDULE III — SY5, SYDNEY (METRO), AUSTRALIA, PAGE F-71

Document: Schedule III of the same Form 10-K (page F-71), listing each IBX with its initial land and building costs, costs capitalized, total costs, accumulated depreciation and date of acquisition or lease.

**What this page states about SY5:**

- “SY5 SYDNEY (METRO), AUSTRALIA” — initial land cost: **nil** (“—”).
- Initial building and improvements cost: 82,091; costs capitalized thereafter: 167,426; total cost 167,426.
- Accumulated depreciation: (374).
- Date of acquisition or lease: **2018**.

**Why it is exhibited:**

The same report designates Sydney as an “Owned” market in Item 2, while its own Schedule III records SY5 with no initial land cost — a site whose land was not acquired by the company — and records 2018 as the date of acquisition or lease, before the facility was opened.

**Governing provision:**

> *SOX § 302, 15 U.S.C. § 7241; SOX § 906, 18 U.S.C. § 1350: certification that the report fairly presents the issuer's financial condition.*

Table of Contents

| | Initial Costs to Company (1) | | | Costs Capitalized Subsequent to Acquisition or Lease | | Total Costs | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Encumbrances | Land | Buildings and Improvements (2) | Land | Buildings and Improvements (2) | Land | Buildings and Improvements (2) | Accumulated Depreciation (3) | Date of Acquisition or Lease (4) |
| ZH5 ZURICH (METRO), SWITZERLAND | — | — | — | 7,613 | 122,801 | 7,613 | 122,801 | (20,735) | 2009 |
| ZW1 ZWOLLE (METRO), THE NETHERLANDS | — | — | — | — | 9,934 | — | 9,934 | (6,829) | 2008 |
| OTHERS (5) | — | 16,652 | 7,956 | 16,763 | 54,557 | 33,415 | 62,513 | (3,756) | Various |
| | | | | | | | | | |
| **Asia-Pacific:** | | | | | | | | | |
| AE1 ADELAIDE (METRO), AUSTRALIA | — | 2,654 | 1,015 | — | 1,689 | 2,654 | 2,704 | (400) | 2018 |
| BR1 BRISBANE (METRO), AUSTRALIA | — | 3,159 | 1,053 | — | 1,712 | 3,159 | 2,765 | (249) | 2018 |
| CA1 CANBERRA (METRO), AUSTRALIA | — | — | 18,410 | — | 1,416 | — | 19,826 | (1,397) | 2018 |
| HK1 HONG KONG (METRO), CHINA | — | — | — | — | 217,236 | — | 217,236 | (102,231) | 2003 |
| HK2 HONG KONG (METRO), CHINA | — | — | — | — | 230,373 | — | 230,373 | (117,462) | 2010 |
| HK3 HONG KONG (METRO), CHINA | — | — | — | — | 137,773 | — | 137,773 | (70,771) | 2012 |
| HK4 HONG KONG (METRO), CHINA | — | — | — | — | 67,853 | — | 67,853 | (7,278) | 2012 |
| HK5 HONG KONG (METRO), CHINA | — | — | 70,002 | — | 36,845 | — | 106,847 | (13,545) | 2017 |
| ME1 MELBOURNE (METRO), AUSTRALIA | — | 14,926 | — | — | 83,929 | 14,926 | 83,929 | (18,291) | 2013 |
| ME2 MELBOURNE (METRO), AUSTRALIA | — | — | — | — | 74,262 | — | 74,262 | (130) | 2018 |
| ME4 MELBOURNE (METRO), AUSTRALIA | — | 3,426 | 84,175 | — | 7,387 | 3,426 | 91,562 | (10,436) | 2018 |
| ME5 MELBOURNE (METRO), AUSTRALIA | — | 6,655 | 4,094 | — | 3,523 | 6,655 | 7,617 | (1,167) | 2018 |
| OS1 OSAKA (METRO), JAPAN | — | — | 14,876 | — | 97,754 | — | 112,630 | (26,774) | 2013 |
| OS2x OSAKA (METRO), JAPAN | — | 12,023 | — | 651 | 4,255 | 12,674 | 4,255 | — | 2018 |
| PE1 PERTH (METRO), AUSTRALIA | — | 1,348 | 1,337 | — | 1,064 | 1,348 | 2,401 | (184) | 2018 |
| PE2 PERTH (METRO), AUSTRALIA | — | — | 16,327 | — | 12,344 | — | 28,671 | (3,003) | 2018 |
| SG1 SINGAPORE (METRO) | — | — | — | — | 173,068 | — | 173,068 | (116,934) | 2003 |
| SG2 SINGAPORE (METRO) | — | — | — | — | 293,336 | — | 293,336 | (188,277) | 2008 |
| SG3 SINGAPORE (METRO) | — | — | 34,844 | — | 210,664 | — | 245,508 | (50,346) | 2013 |
| SG4 SINGAPORE (METRO) | — | — | 54,602 | — | 72,084 | — | 126,686 | (287) | 2019 |
| SG5 SINGAPORE (METRO) | — | — | — | — | 24,320 | — | 24,320 | — | 2019 |
| SH2 SHANGHAI (METRO), CHINA | — | — | — | — | 5,037 | — | 5,037 | (1,919) | 2012 |
| SH3 SHANGHAI (METRO), CHINA | — | — | 7,066 | — | 9,950 | — | 17,016 | (5,570) | 2012 |
| SH5 SHANGHAI (METRO), CHINA | — | — | 11,284 | — | 20,369 | — | 31,653 | (11,965) | 2012 |
| SH6 SHANGHAI (METRO), CHINA | — | — | 16,545 | — | 12,469 | — | 29,014 | (1,448) | 2017 |
| SL1 SEOUL (METRO), SOUTH KOREA | — | — | 29,236 | — | 4,729 | — | 33,965 | (1,306) | 2019 |
| SY1 SYDNEY (METRO), AUSTRALIA | — | — | — | — | 28,195 | — | 28,195 | (17,494) | 2003 |
| SY2 SYDNEY (METRO), AUSTRALIA | — | — | 3,080 | — | 23,572 | — | 26,652 | (20,289) | 2008 |
| SY3 SYDNEY (METRO), AUSTRALIA | — | — | 8,712 | — | 140,746 | — | 149,458 | (68,935) | 2010 |
| SY4 SYDNEY (METRO), AUSTRALIA | — | — | — | — | 160,001 | — | 160,001 | (28,402) | 2014 |
| SY5 SYDNEY (METRO), AUSTRALIA | — | 82,091 | — | — | 167,426 | 82,091 | 167,426 | (374) | 2018 |

# TAB C

### THE SOX §§ 302 AND 906 CERTIFICATIONS — EXHIBITS 31.1, 31.2, 32.1 AND 32.2

The four certifications filed with the same Form 10-K, each signed 21 February 2020: Charles Meyers (Chief Executive Officer) and Keith D. Taylor (Chief Financial Officer) under SOX § 302, and the same two officers under SOX § 906.

**What this Tab establishes:**

Item 2 and Schedule III were certified as fairly presenting, in all material respects, the financial condition and results of operations of the company, and as complying with the Exchange Act.

**Governing provisions:**

*SOX § 302, 15 U.S.C. § 7241; 17 C.F.R. §§ 240.13a-14(a) and 240.15d-14(a).*

*SOX § 906, 18 U.S.C. § 1350.*

EX-31.1 5 eqix-123119xexhibit311.htm EXHIBIT 31.1

**Exhibit 31.1**

**CERTIFICATION PURSUANT TO**
**SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Charles Meyers, certify that:

1. I have reviewed this annual report on Form 10-K of Equinix, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

/s/ Charles Meyers

Charles Meyers
Chief Executive Officer and President

Dated: February 21, 2020

EX-31.2 6 eqix-123119xexhibit312.htm EXHIBIT 31.2

**Exhibit 31.2**

**CERTIFICATION PURSUANT TO**
**SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Keith D. Taylor, certify that:

1. I have reviewed this annual report on Form 10-K of Equinix, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

/s/ Keith D. Taylor

Keith D. Taylor
Chief Financial Officer

Dated: February 21, 2020

EX-32.1 7 eqix-123119xexhibit321.htm EXHIBIT 32.1

**Exhibit 32.1**

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Annual Report of Equinix, Inc. (the "Company") on Form 10-K for the period ending December 31, 2019, as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Charles Meyers, Chief Executive Officer and President of the Company, certify, pursuant to 18 U.S.C. § 1350, as adopted pursuant to § 906 of the Sarbanes-Oxley Act of 2002, that:

(1) The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and
(2) The information contained in the Report fairly presents, in all material respects, the financial condition and result of operations of the Company.

/s/ Charles Meyers

Charles Meyers
Chief Executive Officer and President

February 21, 2020

EX-32.2 8 eqix-123119xexhibit322.htm EXHIBIT 32.2

**Exhibit 32.2**

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Annual Report of Equinix, Inc. (the “Company”) on Form 10-K for the period ending December 31, 2019, as filed with the Securities and Exchange Commission on the date hereof (the “Report”), I, Keith D. Taylor, Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. § 1350, as adopted pursuant to § 906 of the Sarbanes-Oxley Act of 2002, that:

(1) The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and
(2) The information contained in the Report fairly presents, in all material respects, the financial condition and result of operations of the Company.

/s/ Keith D. Taylor

Keith D. Taylor
Chief Financial Officer
February 21, 2020

## TAB D

### VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT — BENKOVSKI v. MEYERS

*N.D. Cal. No. 3:25-cv-01642 — filed 14 February 2025 — pages 1 and 25*

Document: page 1 (caption and parties) and page 25 of the verified shareholder derivative complaint filed against Equinix's officers and directors, reproduced from the complaint as filed.

**What page 25 contains:**

The company's February 2021 earnings call, at which the Chief Executive Officer stated that “all of our sites remain fully staffed and operational” — the statement highlighted on the reproduced page.

**Why it is exhibited:**

Equinix's own litigated record contains the company's public statement about the operational condition of its sites. It is the statement against which Plaintiff's firsthand knowledge of the facilities is to be measured, and it is evidence that the company's operational representations were in issue in federal securities litigation. The pleading is offered for that purpose, not as proof of its allegations.

**Governing provision:**

> *18 U.S.C. § 1514A(a)(1): the employee's reasonable belief, not proof of the fraud, is what the statute protects.*

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BORIS BENKOVSKI, Derivatively on Behalf of Nominal Defendant EQUINIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES J. MEYERS, ADAIRE FOX-MARTIN, NANCI CALDWELL, GARY HROMADKO, THOMAS OLINGER, CHRISTOPHER PAISLEY, JEETU PATEL, SANDRA RIVERA, FIDELMA RUSSO, PETER VAN CAMP, and KEITH D. TAYLOR,<br><br>Defendants,<br><br>and<br><br>EQUINIX, INC.,<br><br>Nominal Defendant. | Case No. _______________<br><br>**VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

> . . . . Has there been any of that kind of give and take at Equinix? And might we revert to kind of higher more normalized levels of maintenance CapEx once they come out the other side of the pandemic?
>
> *Defendant Meyers*: Yes. Generally, I wouldn't say that that was really a factor for us in terms of affecting our maintenance costs and maintenance CapEx. Because, again, all of our sites remain fully staffed and operational. . . . I'm sure there were examples of maintenances that were pushed out or -- but not in any meaningful way. ***And Q1 was low for us, but I think it was more an artifact of one pull forward into Q4***, which is a common thing for us to do at the end of the year is to try to get those things pulled in if we can get them done in Q4 ***and then probably a little bit of things pushing out into Q2***.
>
> But I think we're, for the most part, going to trend towards our more common levels of recurring CapEx, which 3% to 5% annually. But Q1 is a seasonally low. It was 1.2%. I think that's probably at very low end. We'd expect a more normal level in Q2, which is more at the 3% level.

96. On February 10, 2021, the Company hosted an earnings call with analysts and investors to discuss 4Q20 financial results. During the call, Defendant Taylor reported Q4 AFFO of $517 million, adding that the result was "meaningfully above our expectations on a constant currency basis due to strong operating performance ***while absorbing seasonally higher recurring CapEx investments***, a similar scenario to prior years."

97. The statements identified above in earnings conference calls and the FY20 Periodic Filings were materially false and/or misleading and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, the Individual Defendants failed to disclose: (i) the Company overstated AFFO (and AFFO/share) by improperly classifying recurring CapEx as non-recurring CapEx expenses in violation of its own stated guidelines and SEC rules and regulations; (ii) the improper classification of CapEx materially misled investors into believing that Equinix was meeting, or beating, its AFFO guidance; and (iii) Equinix lacked adequate internal controls. As a result, the Individual Defendants caused the Company's public statements to be materially false and misleading at all relevant times. As a result, the Individual Defendants caused the Company's public statements to be materially false and misleading at all relevant times.

# TAB E

## EQUINIX'S OWN ANNOUNCEMENT AND THE PROPERTY RECORD

*Equinix announcement, 13 November 2019 — Alexandria (NSW) property record, 22 October 2026*

Documents: (1) Equinix's announcement “Equinix Opens Eighth Data Centre in Sydney”, 13 November 2019, placing SY5 in Alexandria; and (2) the report “Curtis, Gonski, Mordant sell Alexandria Bunnings for $70m”, realestatesource.com.au, as annotated by Plaintiff.

**What these pages state:**

- The announcement places Equinix's eighth Sydney IBX, SY5, in Alexandria, with an initial investment of US$160 million and 1,825 cabinets.
- The property record shows a Bunnings warehouse on the Alexandria site, held by Centuria Logistics' unlisted fund, the vendor being Bunnings “which no longer needs the facility”.
- The site is identified by street address — 500–520 Gardeners Road, Alexandria.

**Why it is exhibited:**

The company's own announcement identifies the site; the property record identifies who held it. Together they test the representation of ownership and use in the same market.

**Governing provision:**

> *18 U.S.C. § 1514A(a)(1)(A): information provided to a Federal regulatory or law enforcement agency regarding conduct the employee reasonably believes violates § 1348 or any SEC rule.*

**SYDNEY, Australia – November 13, 2019** – Equinix, Inc (Nasdaq: EQIX), the global interconnection and data centre company, today announced the opening of its eighth International Business Exchange™ (IBX®) data centre in Sydney, named SY5. With an initial investment of US$160 million (approximately A$224 million), the South Sydney facility will be the largest to date for Equinix in Australia, expanding the company's national footprint to support companies along their digital transformation journeys.

A recent report commissioned by CSIRO's Data61, the data and digital specialist data sciences arm of Australia's national science agency, reveals digital transformation is forecast to be worth A$315 billion (over US$200 billion) for the Australian economy during the next decade.[1] Interconnection is critical to enabling digital businesses, as shown in the Global Interconnection Index (GXI) Volume 3, an annual market study published by Equinix, which predicts Sydney's private connectivity at the edge will grow by 49 per cent annually to 2022.

As part of Platform Equinix®, SY5 is the eighth data centre for Equinix in Sydney, and the sixteenth in Australia. Equinix's continued expansion demonstrates its investment in increasing value for local customers, providing more capacity and interconnection capability to digitally transform their businesses. Companies including Servers Australia and Anycast Networks, have selected SY5 to put their IT infrastructure at the digital edge, in order to expand into new markets, optimise networks and deliver premium services to their customers.

**Highlights / Key Facts**

- The SY5 IBX is located in Alexandria, about 2.5 miles (four kilometres) from Sydney's central business district offering an initial capacity of 1,825 cabinets. The new facility will host a total colocation space of more than 260,000 square feet (approximately 25,000 square metres) and 9,225 cabinets when fully built.

- Equinix Sydney facilities enable companies to set up direct links to the continent's two largest peering points along with direct access to: the trans-Pacific telecommunications cables network Southern Cross Cable Head; the PIPE Pacific Cable network that runs from Australia to Guam; the new submarine cable system Hawaiki that connects Australia with New Zealand, other Pacific Islands and the continental US; as well as the Australia Singapore Cable (ASC) between Australia and Singapore.

- SY5 offers a wide range of connectivity options, including Equinix Cloud Exchange Fabric™ (ECX Fabric™), which allows businesses to set up on-demand and secure connections to more than 1,800 participants across all regions around the world, including Alibaba, Amazon AWS, Google Cloud, Microsoft Azure, SAP Cloud, Oracle, SoftLayer and other local providers. Equinix also offers Network Edge services in Sydney, which allows companies to modernise networks virtually, within minutes, by deploying network function virtualisation (NFV) from multiple vendors to connect their digital supply chains at Equinix.

- Equinix SY5 IBX is interconnected with its seven other IBX data centres in Sydney. Customers of SY5 have access to the richest ecosystem of customers in Australia, including over 160 network service providers (NSP), 280 cloud and IT service providers, more than 75 financial services companies and over 60 content and digital media organisations. SY5 is located adjacent to SY4 with direct physical access between the buildings via a secure link bridge, creating a physical campus extension between the sites.

- Customers set to benefit from the launch of SY5 include Servers Australia, which offers solutions for cloud hosting, colocation, dedicated servers, PaaS, Iaas, DRaaS and VMWare private cloud, and built its distributed infrastructures on Platform Equinix through Australia. The company currently deploys in Equinix data centres in Sydney, Melbourne, Perth and Brisbane, to offer its customers fast, reliable interconnection and hosting.

- Anycast Networks, which leverages market-leading subsea and terrestrial transmission fibre networks, runs one of the most connected global networks and deploys with Equinix in locations including Sydney, Melbourne, Perth, Singapore and Silicon Valley. Peering and colocation with Equinix assists Anycast Networks with their highly optimised network and delivering powerful and simple solutions.

- SY5 is part of Equinix's committed investment of more than US$535 million (almost A$750 million) for 11 new-build or expansion projects opening in 2019 in key metros across Asia-Pacific. There are projects in

Hong Kong, Melbourne, Perth, Osaka, Seoul, Shanghai, Sydney, Singapore and Tokyo.

- With the opening of SY5, Equinix has a national footprint of 16 IBX data centres across Sydney, Melbourne, Perth, Canberra, Adelaide and Brisbane, with eight in Sydney.
- Today, Equinix operates 44 IBX data centres across 13 markets in Asia-Pacific. Globally, Platform Equinix comprises more than 200 IBX data centres across 53 markets and 25 countries, providing data centre and interconnection services for more than 9,800 of the world's leading businesses, including more than 50 per cent Fortune 500 companies.

**Quotes**

- **Jared Hirst, CEO, Servers Australia**
  *"As our business continues to grow rapidly, deploying with a data centre provider that enables us to expand our footprint on a national scale and connect with global customers and partners is key to maintaining our high-quality service. Thanks to our long-term partnership with Equinix, we are confident that the SY5 IBX data centre and its global network will support us in continuing to offer exceptional services to our customers."*
- **Tom Berryman, CEO, Anycast Networks**
  *"Our connection to Equinix's global network in many metros allows us to maintain our highly optimised network and continue to expand our presence in markets across the globe, growing our network constantly. The SY5 data centre provides an enormous facility, and with that the opportunity for many more networks to connect to Anycast in Sydney. A facility of this scale and quality is always a hot-spot of interconnection, particularly in a market with such significant, new subsea cable systems.*
- **Jeremy Deutsch, President Asia-Pacific, Equinix**
  *"Equinix is committed to continuously evolving our services to interconnect our customers at the digital edge, a critical part of digital transformation efforts of many enterprises, cloud providers and network providers. Expansions of our platform and innovations of our technology make us a trusted advisor for our customers to help accelerate their digital transformation journeys. I look forward to seeing Equinix continue our growth in Australia as part of our expansion plans in the region."*
- **Glenn Uidam, Senior Director, IBX Operations, Equinix Australia**
  *"This expansion once again demonstrates our commitment to enhancing the local digital economy by enabling digital transformation in Australia. Our vast array of services offered on Platform Equinix deliver increased value for customers, providing more capacity and interconnection capabilities for them to run more efficiently and provide more effective services for their users. We thank our customers for placing their trust in us to support their digital transformation and we look forward to continuing to work together and improve the state of doing business in Australia."*

**Additional resources**

- Equinix Sydney data centres [website]
- Equinix SY5 IBX Specifications [website]
- ECX Fabric Datasheet [website]
- Equinix Network Edge services [website]
- SY5 photo blog [blog]

**About Equinix**
Equinix,Inc. (Nasdaq: EQIX) connects the world's leading businesses to their customers, employees and partners inside the most interconnected data centres. On this global platform for digital business, companies come together across more than 50 markets on five continents to reach everywhere, interconnect everyone and integrate everything they need to create their digital futures. Equinix.com.au

**Forward-Looking Statements**
*This press release contains forward-looking statements which are based on current expectations, forecasts and*

REALESTATE SOURCE.COM.AU




NEWS SECTORS SPOTLIGHT ABOUT US ADVERTISE



New South Wales News

# Curtis, Gonski, Mordant sell Alexandria Bunnings for $70m

December 1, 2020 Marc Pallisco

Charter Hall is paying $70 million for an outgoing Bunnings outlet on 1.9 hectares near Sydney Airport with plans to repurpose it as a logistics investment.




*The 1.9 hectare site at the north east corner of Gardeners and Bourke roads.*

The Alexandria site, 520-530 Gardeners Road, on the north east corner of Bourke, will be held by Core Logistics Partnership.

It was offloaded by prominent businessmen John Curtis, David Gonski and Simon Mordant's Mordant Properties.

The sale price reflects a significant windfall – the vendors paying $16m in 2015 when the occupier's lease expiry was considered risky (Bunnings, which no longer needs the facility, is committed until 2024).

Since owning the property, and especially after COVID, Australia's industrial sector has performed strongly as business model changes focused on distribution over retail footprint.

## Income generating land bank: Charter Hall of Alexandria property

Charter Hall describes the Alexandria/Mascot industrial and logistics precinct as tightly held and the asset as an income generating land bank.

It has negotiated a surrender package with Bunnings.

The landlord reasoned the purchase, saying it is anticipating a shortage for well-located commercial stock because of the area's gentrification which has in recent years caused large industrial parcels to be rezoned for high density residential use.

"The [Alexandria] property provides excellent redevelopment options including the ability to develop a high-profile logistics or last mile facility under the current zoning," according to CLP fund manager, Simon Greig.

"This acquisition is aligned with CLP's strategy to replenish its development landbank and grow its Sydney portfolio," he added.

"It will capitalise on strong demand for industrial and logistics facilities in the South Sydney area".

Alexandria is about 2.5 kilometres from Sydney Airport and three times that distance to the CBD.

The address is also near St Peter's Westconnex Interchange, set to open in 2023, linking the M4 and M5.

"South Sydney is one of the most sought-after industrial precincts in Australia given the access to major transport hubs, the Sydney CBD, port, airport and surrounding densified residential precincts" a company statement said (story continues below).



Advertisement

One Commercial's Josh Charles introduced Charter Hall to 520-530 Gardeners Road.

## Charter Hall now owns 60 Australian Bunnings stores

Sixty Australian Bunnings outlets are now owned by Charter Hall.

Last month, the landlord paid $353m for six of them – on behalf of its managed Long WALE Hardware Partnership.

The fund is also speculated to be giving that vendor, CBRE Global Investors Asia Pacific Bunnings Trust, $50m for an Auckland investment of this type.

Since 2006, Charter Hall has acquired Bunnings stores as part of a portfolio seven times.

Most of the properties occupy large prominent holdings; some, like Alexandria, which lend themselves to an industrial repurpose.

## Industrial and logistics portfolio exceeds $11b now: Charter Hall

Charter Hall managing director and chief executive officer David Harrison said the Alexandria purchase and its relationship with Bunnings "has allowed us to access a fantastic high profile corner site with multiple development options".

The value of industrial and logistics assets controlled by the group also now exceeds $11b, leased to more than 140 businesses, the institution added.

It owns land which could make way for another $1.5b of product, too.

CLP specifically is worth about $2b.

Its portfolio includes 38 industrial and logistics properties – 99.7pc of which is occupied, on tenancy agreements which should see 3pc per annum rent rises.




Recent Posts

Natuzzi Italia picks Cremorne for first Melbourne flagship November 2, 2026
Scape founders sell ex-YWCA hotel November 2, 2026
AFL star turned developer banks $25m for office HQ October 30, 2026
Melbourne fund managers trade ex-Leader Newspapers HQ October 30, 2026
Sweeney family secures troubled former Jon Adgemis pub October 30, 2026
Construction heavyweight drops $14.5m for Melbourne shed October 30, 2026
Gold Coast office value jumps 83pc in three years October 30, 2026
David Jones sale looms as supplier exodus deepens financial crisis October 30, 2026
Fund manager picks up $23m Brisbane gym, medical centre October 30, 2026
Rio Tinto signs landmark office lease deal October 30, 2026



# TAB F

## WHAT THE DOCUMENTS SHOW — AND AUTHENTICATION

1. The representation. Item 2 designates Sydney as a market in which Equinix owns data centres (Tab A). Equinix's announcement of 13 November 2019 places its eighth Sydney IBX, SY5, in Alexandria.

2. The company's own figures. Schedule III records SY5 with no initial land cost and with 2018 as the date of acquisition or lease (Tab B).

3. The property record. The site at 500–520 Gardeners Road, Alexandria, is recorded as a Bunnings warehouse held by Charter Hall and sold to a Centuria fund (Tab D).

4. The contention. The "Owned" designation for Sydney cannot be reconciled with the company's own Schedule III or with the property record for that site; the statement was therefore false or materially misleading when made and certified (Tab C).

5. Authentication. Tabs A, B and C are printed from the SEC EDGAR filing without alteration; Tab D is the annotated page as published on 22 October 2026.

Sajjad Nasir, Plaintiff pro se — sajjadqut01@outlook.com

## DECLARATION OF SAJJAD NASIR

*28 U.S.C. § 1746*

I, Sajjad Nasir, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the Plaintiff in this action and I make this declaration in support of Exhibit 31.

2. Exhibit 31 reproduces the cover page, page 33 (Item 2) and page F-71 (Schedule III) of Equinix, Inc.'s Form 10-K for the year ended 31 December 2019 as published on SEC EDGAR; Exhibits 31.1, 31.2, 32.1 and 32.2; pages 1 and 25 of the derivative complaint in Benkovski v. Meyers, N.D. Cal. No. 3:25-cv-01642; the announcement of 13 November 2019; and the annotated property report of 22 October 2026.

3. The documents are reproduced without alteration. The yellow markings on pages 3, 4, 6, 14 and 16 identify the passages I rely on; they are mine, and they do not change any text.

4. I was engaged to work at Equinix-connected facilities in Singapore, including the Tai Seng facilities, and I have personal knowledge of their condition and operation.

Executed on ____________________, 2026.

________________________________________

Sajjad Nasir, Plaintiff pro se

30 Railway Terrace, Granville NSW 2142, Australia

sajjadqut01@outlook.com