**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

Case No. 2:26-cv-03788-JCC

SAJJAD NASIR,

Plaintiff,

v.

THE SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR; EQUINIX, INC.; COMMISSIONER OF POLICE, STATE OF NEW SOUTH WALES, COMMONWEALTH OF AUSTRALIA,

Defendants.

**EXHIBIT 32**

**THE FORM 10-K STATEMENTS AND THE SOX §§ 302 AND 906 CERTIFICATIONS**


Part I — the representations and the records (pages 3 to 35)

Part II — FY2018 Form 10-K Note 1, Item 2, the certifications and the provisions (pages 36 to 42)


Sajjad Nasir, Plaintiff pro se — November 2026

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

Case No. 2:26-cv-03788-JCC

SAJJAD NASIR,

Plaintiff,

v.

THE SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR; EQUINIX, INC.; COMMISSIONER OF POLICE, STATE OF NEW SOUTH WALES, COMMONWEALTH OF AUSTRALIA,

Defendants.

**EXHIBIT 29**

# APPENDIX TO COMPLAINT

## MARKET DISCLOSURES, ANNUAL REPORT EXTRACTS AND CORRESPONDENCE CONCERNING THE ACQUISITION OF METRONODE (AUSTRALIA)

*Complaint of Sajjad Nasir to the Financial Services Regulatory Authority of Ontario,*

*February 2026*

Sajjad Nasir, Plaintiff pro se

February 2026

# INDEX TO EXHIBIT 29


| Tab | Pages | Document |
|---|---|---|
| **A** | 3–5 | Equinix, Inc. — announcement, 17 December 2017 |
| **B** | 6–8 | Equinix, Inc. — announcement, 18 April 2018 (completion) |
| **C** | 9–15 | Ontario Teachers' Pension Plan — 2013 and 2016 Annual Reports; announcement, 17 December 2017 |
| **D** | 16–21 | Equinix, Inc. — Form 10-K, fiscal year ended 31 December 2016 |
| **E** | 22–31 | Complainant's email of 8 February 2026 — the complaint as filed |
| **F** | 32–33 | Response of CIRO, 13 February 2026 |


This Exhibit comprises 33 pages, including this cover, the Index and the six tab sheets.

*Each reproduced page is printed as published. The yellow highlighting, the tab sheets and the page labels have been added for ease of reference only; the underlying text has not been altered.*

# TAB A

## Equinix, Inc. — announcement of 17 December 2017: "Equinix to Extend Market Leadership in Australia through Acquisition of Metronode"

*Equinix, Inc. press announcement distributed by PRNewswire, 17 December 2017.*

**HIGHLIGHTED PASSAGES**

(1) "… it has entered into an agreement with Ontario Teachers' Pension Plan to acquire all of the equity interests in the Metronode group of companies … in an all-cash transaction for A$1.035 billion …"

(2) "… Equinix will expand its national footprint by adding 10 data centers … This will bring the company's total … data center footprint in Australia to 15 data centers …"

(3) "… adding two data centers in Melbourne, three in greater Sydney (including one in Illawarra), two in Perth, and one in each of Canberra, Adelaide and Brisbane."

(4) "Metronode adds more than 80,000 square meters of land, 90 percent of which is owned …"

December 17, 2017

# Equinix to Extend Market Leadership in Australia through Acquisition of Metronode

**Expands national footprint, adding 10 data centers with four new metros helping customers capitalize on interconnection opportunities and move IT infrastructure closer to the edge**

REDWOOD CITY, Calif., Dec. 17, 2017 /PRNewswire/ -- Equinix, Inc. (Nasdaq: EQIX), the global interconnection and data center company, today announced that it has entered into an agreement with Ontario Teachers' Pension Plan to acquire all of the equity interests in the Metronode group of companies, an Australian data center business, in an all-cash transaction for A$1.035 billion, or approximately US$792 million. Metronode is a leading data center provider operating facilities throughout Australia, housing mission-critical internet and communications infrastructure for some of Australia's largest corporations, government agencies, telecommunications and IT service providers. Metronode generated approximately A$60 million, or approximately US$46 million, of revenues in the 12 months ending September 30, 2017, with a margin profile accretive to the Equinix Asia-Pacific business. The acquisition agreement was signed on December 15, 2017, and the transaction is expected to close in the first half of 2018, subject to some closing conditions including regulatory approval.

The acquisition of Metronode will further strengthen the leadership position of Equinix in the Asia-Pacific region and support its ongoing global expansion. As a result of the transaction, Equinix will expand its national footprint by adding 10 data centers, strengthening its position in Sydney and Melbourne, and adding a presence in Perth, Canberra, Adelaide and Brisbane, four new metros to the Equinix global platform. This will bring the company's total International Business Exchange™ (IBX®) data center footprint in Australia to 15 data centers, further extending its global ecosystem coverage and enabling customers to deploy their infrastructure, applications and services closer to the edge.




## Highlights/Key Facts

- Australia's robust economy has seen 26 years of uninterrupted economic expansion, and has maintained an average GDP growth rate of 3.3 percent[1], the highest rate among developed countries. Digitally enabled innovations are forecast to contribute between A$140–A$250 billion (approximately US$107–US$191 billion) to Australia's GDP by 2025[2]. The acquisition of Metronode will further extend Platform Equinix™, providing more businesses with the direct and secure connectivity they need as they increasingly shift to digital business models.
- The acquisition will complement the growth strategy of Equinix in Australia by adding two data centers in Melbourne, three in greater Sydney (including one in Illawarra), two in Perth, and one in each of Canberra, Adelaide and Brisbane. The acquired Metronode sites add approximately 20,000 square meters of gross colocation space to the Equinix footprint.
- Metronode adds more than 80,000 square meters of land, 90 percent of which is owned, to the global portfolio of Equinix. Several of the acquired assets provide Equinix with the opportunity to build additional capacity and capture benefits of scale over time.
- The acquisition will also enable Equinix to provide diverse second campus locations in its existing Sydney and Melbourne metros, providing customers with network-rich redundant options in these markets. In addition, these new campuses are hyperscale ready, enabling Equinix to support requirements from high-growth global cloud service providers.
- Metronode's Perth site on the west coast of Australia will house the landing station for the new Vocus Australia Singapore Cable. When combined with the existing submarine cable deployments in Sydney, Equinix will be positioned as a leading provider of access to intercontinental connectivity across the combined national footprint.
- According to the Global Interconnection Index, Interconnection is becoming an essential building block of the digital economy. In Asia-Pacific, the Interconnection Bandwidth of the Government & Education sector is expected to see a compound annual growth rate (CAGR) of 69 percent from 2016 to 2020. The enhanced national footprint of Equinix in Australia creates an opportunity to expand on Metronode's

# TAB B

## Equinix, Inc. — announcement of 18 April 2018: "Equinix Closes Metronode Acquisition to Become Market Leader in Australia"

*Equinix, Inc. press announcement distributed by PRNewswire, 18 April 2018.*

### HIGHLIGHTED PASSAGES

(1) "… today announced the completion of its acquisition of Metronode …"

(2) "The acquisition makes Equinix the market leader in Australia with 15 International Business Exchange (IBX) data centers nationwide."

(3) "The Metronode assets add more than 860,000 square feet (80,000 square meters) of land, 90 percent of which is owned …"

(4) "These sites add approximately 215,000 square feet (20,000 square meters) of gross colocation space in Australia."

# Equinix Closes Metronode Acquisition to Become Market Leader in Australia

Adds four new markets to accelerate interconnection and digital edge deployments nationwide

EQUINIX
WHERE OPPORTUNITY CONNECTS

NEWS PROVIDED BY
**Equinix, Inc. →**
Apr 18, 2018, 06:00 ET

REDWOOD CITY, Calif., April 18, 2018 /PRNewswire/ -- **Equinix, Inc.** (Nasdaq: **EQIX**), the global **interconnection** and data center company, today announced the completion of its acquisition of Metronode, a leading data center provider operating facilities throughout Australia.

The acquisition makes Equinix the market leader in Australia with 15 International Business Exchange™ (IBX®) data centers nationwide. It expands the company's operations in Sydney and Melbourne, and provides a presence in four new markets: Perth, Canberra, Adelaide and Brisbane.

Digital transformation could add as much as A$45 billion (approximately US$35 billion) to Australia's gross domestic product (GDP) by 2021, according to new joint research from Microsoft and IDC[1]. The expanded Platform Equinix® will provide significant opportunities for Australian organizations to continue their digital transformation, and move their IT infrastructure, applications and services closer to the digital edge in proximity to global customers and partners.

The closure follows an agreement Equinix made with Ontario Teachers' Pension Plan in December 2017 to acquire all the equity interests in Metronode group of companies in an all-cash transaction for A$1.035 billion, or approximately US$804 million.

**Highlights/Key Facts**

- The Metronode assets add more than 860,000 square feet (80,000 square meters) of land, 90 percent of which is owned, to the global portfolio of Equinix. These sites add approximately 215,000 square feet (20,000 square meters) of gross colocation space in Australia.
- The acquisition adds to Platform Equinix two data centers in Melbourne, and three in greater Sydney (including one in Illawarra), meeting customer demand for dual sites in each metro for redundancy and to host their data in network-rich, hyperscale ready facilities. It also adds two data centers to the Equinix portfolio in Perth, and one in each of Canberra, Adelaide and Brisbane, enabling businesses in Australia to locate their data in multiple sites across the country.
- With Metronode's strong existing customer base in government and proven track record of supporting both federal and state levels, Equinix is now well-positioned to serve both existing government agencies and new partners in this sector across Australia.
- Additionally, the Metronode site in Perth will become the landing station for the new Vocus Australia Singapore Cable. With the existing submarine cable deployments at Equinix in Sydney, Equinix becomes a leading provider of intercontinental connectivity, improving performance with lower latency and increased flexibility for customers across Australia.
- The acquisition furthers local growth momentum. Equinix recently completed the phase two expansion of its Sydney 4 IBX (SY4) and the phase three expansion of its Melbourne 1 IBX (ME1) is expected to be completed in Q3 2018.
- The Equinix footprint in the Asia-Pacific region now includes 40 data centers and extends the company's global footprint to 200 data centers across 52 markets, enabling customers with increased capacity to enhance their IT infrastructure at the digital edge with Platform Equinix.
- About 60 employees will join the Equinix team in Asia-Pacific as part of the acquisition.

**Quotes**

- **Jabez Tan, Research Director, Structure Research:**
  *"Equinix is doubling down in priority markets and breaking into emerging markets in a meaningful way through this acquisition. Meeting customer demand for multi-site campus locations and submarine cable connectivity while also providing hyperscale cloud verticals, places Equinix in a leading position in the Australian market. With a high percentage of owned assets and increased speed to market through its operational footprint, Equinix has become the market leader in Australia and is well placed for further expansion while also being well-equipped to support the government."*
- **Samuel Lee, President of Equinix Asia-Pacific:**
  *"The acquisition of Metronode ensures Equinix will continue to strengthen its leadership position in the Asia-Pacific region and support our ongoing global expansion while further enabling Australia's digital economy. Equinix is increasingly helping customers to digitally transform their businesses through deploying high-level interconnections taking their infrastructure, applications and services closer to customers and partners."*
- **Jeremy Deutsch, Managing Director, Equinix Australia:**
  *"Equinix is committed to matching the growth of our customers and meeting their demands for digital transformation and innovation. This acquisition expands our national footprint and will enable us to help our customers interconnect at the digital edge throughout Australia. We are thrilled to already see very strong demand from our existing customers and potential new customers, each expressing their desire to expand into the enlarged Platform Equinix across Australia."*

**Additional Resources**

# TAB C

## Ontario Teachers' Pension Plan — 2013 Annual Report; 2016 Annual Report; announcement of 17 December 2017

*Ontario Teachers' Pension Plan: 2013 Annual Report (cover; pp. 34 and 103); 2016 Annual Report (cover; p. 82); announcement "Ontario Teachers' Agrees to Sell Metronode to Equinix Inc.", 17 December 2017.*

### HIGHLIGHTED PASSAGES

(1) "Led by its Long-Term Equities team, Teachers' acquired approximately 70% of three Australian telecommunications companies, with Leighton Holdings Limited retaining the balance of ownership." (2013 Annual Report, p. 34)

(2) "Nextgen Group Holdings Pty Limited" is listed among the Plan's private-company investments as at 31 December 2013 (p. 103) and as at 31 December 2016 (2016 Annual Report, p. 82).

(3) "Ontario Teachers' initially acquired 70% of Metronode in 2013 through the acquisition of its parent company, Nextgen Group Holdings, thereafter increasing to full ownership in 2016." (17 December 2017)

(4) "… increasing Metronode's fitted capacity four fold to 21mega-watts (MW)." (17 December 2017)

*Page C-6 is reproduced as printed from the publisher's website; the right margin of that printout is clipped in the source copy, and the page is therefore reproduced as printed.*

There are teachers working in Ontario TODAY who will be collecting their pensions in 2083. Think about it. We do, every day. It's what we were created FOR – to be an innovative and independent organization with a clear mandate to plan ahead, to be ready for TOMORROW.

# TODAY FOR TOMORROW

2013 ANNUAL REPORT

ONTARIO TEACHERS'™ PENSION PLAN

NET INVESTMENTS BY ASSET CLASS
(as at December 31, 2013) ($ billions)

| | 2013 | 2012 |
|---|---|---|
| Canadian equity | **10.9** | 11.4 |
| Non-Canadian equity | **51.0** | 48.1 |
| Bonds | **30.5** | 28.9 |
| Real-rate products | **26.4** | 31.1 |
| Natural resources | **10.8** | 9.2 |
| Real estate | **19.2** | 16.9 |
| Infrastructure | **11.7** | 9.6 |
| Absolute return strategies | **12.2** | 12.3 |
| Money market | **(33.8)** | (40.2) |
| Total | **138.9** | 127.3 |

Net investments are defined as investments of $198.1 billion minus investment-related liabilities of $59.2 billion, as noted in the consolidated statements of financial position (page 65).

## NOTABLE 2013 TRANSACTIONS

The plan publishes a complete list of individual investments that exceeded $100 million at year-end 2013, beginning on page 100 of this report. Some notable transactions from the past year are described below.

**Hudson's Bay Company:** Through its Relationship Investing team, Teachers' provided US$500 million of equity funding to support Hudson's Bay Company's US$2.9 billion merger with Saks Incorporated. This transaction brought Hudson's Bay, Lord & Taylor and Saks Fifth Avenue together to create a leading North American retailer across the luxury, mid-tier and outlet sectors.

**Weyburn Unit:** Teachers' acquired a working interest in the Weyburn Unit, a Saskatchewan oil asset. The Unit has been in operation since 1963 and features long-life reserves, a predictable production profile and free cash-flow generation. This was the first acquisition made by Teachers' recently formed Natural Resources Group.

**Burton's Biscuit Company:** Teachers' Private Capital acquired a majority stake in Burton's, a major player in the U.K. biscuit market with annual sales of more than £340 million, 2,000 employees, three manufacturing facilities and iconic brands including Cadbury Fingers, Maryland Cookies, Jammie Dodgers, Wagon Wheels and Lyons.

**Nextgen Group:** Led by its Long-Term Equities team, Teachers' acquired approximately 70% of three Australian telecommunications companies, with Leighton Holdings Limited retaining the balance of ownership. These companies, which deliver high-speed fibre network, data centre, cloud and ICT services, were subsequently rebranded Nextgen Group.

## PRIVATE COMPANIES AND PARTNERSHIPS OVER $100 MILLION

(as at December 31, 2013)

360buy Jingdong Inc.
Acorn Care and Education Limited
Actera Partners L.P.
Alexander Forbes Limited
Alliance Laundry Systems, LLC
ANV Holdings BV
Apollo Overseas Partners (Delaware 892) VI, L.P.
Apollo Overseas Partners (Delaware 892) VII, L.P.
AQR Offshore Multi-Strategy Fund VII Ltd.
Aquiline Financial Services Fund (Offshore) L.P.
ARC Energy Fund 5 Canadian Limited Partnership
Ares Corporate Opportunities Fund III, L.P.
Asia Opportunity Fund III, L.P.
Autonomy Global Macro Fund Limited
Avaya Inc.
Baybridge Seniors Housing Inc.
BC European Capital IX LP
BC European Capital VIII-1
BDCM Intermediate Company A
BDCM Offshore Opportunity Fund II, Ltd.
Birmingham International Airport
Blue Coat Systems, Inc.
Bridgewater Pure Alpha Fund II Ltd.
Bristol Airports (Bermuda) Limited
BroadStreet Capital Partners, Inc.
Burton's Biscuit Company
Busy Bees Benefits Holdings Limited
Camelot Group plc
Canada Guaranty Mortgage Insurance Company
Copenhagen Airport A/S
Coway Holdings, Inc.
CPG International Inc.
DaVinciRe Holdings Ltd.
Dematic S.A.
Downsview Managed Account Platform Inc.
Easton-Bell Sports, LLC
Empresa de Servicios Sanitarios del Bio-Bio S.A.
Esval S.A.
Exal International Limited
Flexera Holdings, L.P.
Fortress Macro Fund Ltd.
FountainVest China Growth Fund, L.P.
GCT Global Container Terminals Inc.
GMO Mean Reversion Fund (Offshore) L.P.
Gottex Real Asset Fund, L.P.
Grupo Corporativo Ono, S.A.
Hancock Timber Resource Group
Heartland Dental Care, Inc.
Helly Hansen Group AS
HS1 Limited
Hudson Catastrophe Fund, Ltd.
HUGO BOSS AG
Imperial Parking Corporation
INC Research, Inc.
Insight Pharmaceuticals LLC
IntelSat, Ltd.
InterGen N.V.
ISS A/S
Kepos Alpha Fund Ltd.
Kyobo Life Insurance Co., Ltd.
Laricina Energy Ltd.
LMAP ETA Limited
Manabi Holding S.A.
Maple Financial Group Inc.
MBK Partners Fund II, L.P.
MBK Partners, L.P.
Mitra Energy Limited
Munchkin, Inc.
MW Market Neutral TOPS Fund
NBCG Greenwich Sub-Fund
NBCG Lock Sub-Fund
NBCG Mason Sub-Fund
NBCG Oxford Sub-Fund
NBCG Sherwood Sub-Fund
NBCG Sonata Sub-Fund
NBCG Thor Sub-Fund
NBCG Valkyrie Sub-Fund
Nextgen Group Holdings Pty Limited
Northern Star Generation LLC
Nuevosur, S.A.
NXT Capital Holdings, L.P.
OLE Media Management, L.P.
Orbis SICAV Global Equity Fund
PAG Asia I LP
Park Square Capital Partners, L.P.
Permira IV L.P. 2
Plano Molding Company
Providence Equity Partners V L.P.
Providence Equity Partners VI L.P.
Q9 Networks Inc.
Quinte Limited
Resource Management Service Inc.
Rhône Offshore Partners III L.P.
Scotia Gas Networks plc
SeaCube Container Leasing Ltd.
Serta Simmons Holdings, LLC
Silver Creek Special Opportunities Fund Cayman III, L.P.
Silver Lake Partners III, L.P.
Sociedad Austral de Electricidad S.A.
Sydney Desalination Plant Pty Limited
TDR Capital II, L.P.
Terranum Corporate Properties
The Brussels Airport Company
The Eclectica Fund
TP Partners Fund, L.P.
Trez Capital Corporation
Univision Communications Inc.
ValueAct Capital International II, L.P.
Weyburn Unit
York Street Mezzanine Partners II, L.P.
Zalando GmbH

ONTARIO TEACHERS' PENSION PLAN

2016 Annual Report



# A PLAN FOR ALL SEASONS



## PRIVATE COMPANIES AND PARTNERSHIPS OVER $150 MILLION

As at December 31, 2016

24 Hour Fitness Worldwide Inc.
AEA Investors Fund V LP
Aethon Energy Management LLC
Alliance Laundry Systems, LLC
Apollo Overseas Partners (Delaware 892) VI, L.P.
Apollo Overseas Partners (Delaware 892) VIII, L.P.
Apollo Special Situations Fund, L.P.
AQR Offshore Multi-Strategy Fund VII Ltd.
Ares Corporate Opportunities Fund III, L.P.
Ares Corporate Opportunities Fund IV, L.P.
Aroona Farms SA Pty Ltd.
Ascend Learning Holdings, LLC
Asia Opportunity Fund III, L.P.
Automobile Protection Corporation
Autopista Arco Norte, S.A. de CV
Baldr Fund Inc.
Baybridge Seniors Housing Inc.
BDCM Offshore Opportunity Fund II, Ltd.
Birmingham International Airport
BluEarth Renewables Inc.
Bridgewater Pure Alpha Fund II, Ltd.
Bristol Airport Limited
BroadStreet Capital Partners, Inc.
Busy Bees Benefits Holdings Limited
Camelot Group plc
Canada Guaranty Mortgage Insurance Company
Canbriam Energy, Inc.
Catalina Holdings (Bermuda) Ltd.
Catterton Partners VII, L.P.
Cerberus OT Partners, L.P.
Constellation Brands Canada, Inc.
Copenhagen Airport A/S
Coway Holdings, Inc.
CPG International Inc.
CSC ServiceWorks Holdings, Inc.
Cubico Sustainable Investments Limited
DaVinciRe Holdings Ltd.
DTZ Jersey Holdings Ltd.
EdgeMarc Energy Holdings, LLC
Empresa de Servicios Sanitarios del Bio-Bio S.A.
Esval S.A.
Euclid Fund
Exal International Limited
FAPS Holdings, Inc.
Fifth Cinven Fund (No. 6) Limited Partnership
Flexera Holdings, L.P.
Flynn Restaurant Group LLC
FMAP CIM Limited
FMAP PCM Limited
FMAP WMC Limited
FountainVest China Growth Fund II, L.P.
FountainVest China Growth Fund, L.P.
GCT Global Container Terminals Inc.
Hancock Timber Resource Group
HayFin Topaz L.P.
Heartland Dental Care, Inc.
Helly Hansen Group AS
Heritage Royalty Limited Partnership
HS1 Limited
Hudson Catastrophe Fund, Ltd.
Imperial Parking Corporation
Infiltrator Systems, Inc.
InterGen N.V.
Irish National Lottery
Kepos Alpha Fund Ltd.
Koole Tankstorage Zaandam B.V.
Kyobo Life Insurance Co., Ltd.
Lancaster Aircraft Leasing Limited Partnership
LMAP 902 Limited
LMAP 903 Limited
LMAP 904 Limited
LMAP 909
LMAP Chi Limited
London City Airport
Lowell Group Limited
MBK Partners Fund II, L.P.
MBK Partners III, L.P.
MR Argent Offshore Fund AB L.P.
MSB Capital Limited
Munchkin, Inc.
Nextgen Group Holdings Pty Limited
Nuevosur, S.A.
NXT Capital Holdings, L.P.
OGF SA
OLE Media Management L.P.
Orbis Institutional Global Equity L.P.
PAG Asia I L.P.
PetVet Care Centers, Inc.
PhyMed Healthcare Group
Plano Molding Company
Polar Multi-Strategy Fund (Legacy)
Providence Equity Partners VI L.P.
Providence Equity Partners VII-A L.P.
RedBird Capital Partners Platform L.P.
Resource Management Service Inc.
Riverbed Technology, Inc.
Scotia Gas Networks plc
SeaCube Container Leasing Ltd.
Serta Simmons Holdings, LLC
Shearer's Foods, Inc.
Silver Lake Partners III, L.P.
Silver Lake Partners IV, L.P.
Skyway Concession Company LLC
Sociedad Austral de Electricidad S.A.
Solus Offshore Opportunities Fund 5 L.P.
Storapod Holding Company, Inc.
Sydney Desalination Plant Pty Limited
Synlab Limited
TDR Capital II 'B' L.P.
Terranum Corporate Properties
The Brussels Airport Company
TierPoint, LLC
TP Partners Fund, L.P.
Trian Partners Co-Investment Opportunities Fund, L.P.
Trian Partners, Ltd.
Univision Communications Inc.
ValueAct Capital International II, L.P.
Westerleigh Group Holdings Limited
Woodspur Farming LLC

# Ontario Teachers' Agrees to Sell Metronode to Equinix Inc.

December 17, 2017 · 2 min read

TORONTO - Ontario Teachers' Pension Plan (Ontario Teachers') has entered an agreement to sell leading Austr center provider Metronode to Equinix Inc. in an A$1.035 billion all-cash transaction. Equinix is a global intercon and data center company that operates in 48 markets across five continents. The transaction is expected to cl first half of 2018, subject to some closing conditions including regulatory approval.

Ontario Teachers' initially acquired 70% of Metronode in 2013 through the acquisition of its parent company, N Group Holdings, thereafter increasing to full ownership in 2016. During this time, Ontario Teachers' directed A investment in expansion and construction of new facilities to serve growing demand from government, whole enterprise customers, increasing Metronode's fitted capacity four fold to 21mega-watts (MW).

"This investment directly fits our strategy of working with companies with strong management teams and gr prospects to add value for all stakeholders," said **Jane Rowe**, Senior Managing Director, Private Capital, Ontari Teachers'. "We remain very interested in investing in Australia, and are pleased with this positive outcome for including our members, Metronode, its new owner and their customers as they move forward in their next ph growth."

**About Ontario Teachers' Pension Plan:**

The Ontario Teachers' Pension Plan (Ontario Teachers') is Canada's largest single-profession pension plan, with CAD$180.5 billion in net assets at June 30, 2017. It holds a diverse global portfolio of assets, approximately 80% managed in-house, and has earned an annualized gross rate of return of 10.1% since the Plan's founding in 199 Teachers' is an independent organization headquartered in Toronto. Its Asia-Pacific region office is located in H and its Europe, Middle East & Africa region office is in London. The defined-benefit plan, which is fully funded, and administers the pensions of the province of Ontario's 318,000 active and retired teachers. For more inform **otpp.com** and follow us on Twitter **@OtppInfo**.

**Media Contacts:**

**Louise Watson**
Symbol Strategic Communications
T 02 8011 0591
M 0419 185 674
**lwatson@symbolstrategic.com.au**

**Patrick Sinclair**
Symbol Strategic Communications
T: 02 8011 0592
M: 0403 708 431
**psinclair@symbolstrategic.com.au**

# TAB D

## Equinix, Inc. — Form 10-K for the fiscal year ended 31 December 2016 (filed 2017): cover page, Item 2 (Properties) and Schedule III

*Equinix, Inc., Annual Report on Form 10-K for the fiscal year ended 31 December 2016: cover page and Table of Contents at pp. 1–2; Item 2 at p. 33; Schedule III at pp. F-76 and F-77.*

### HIGHLIGHTED PASSAGES

(1) The cover page identifies the filing: "For the fiscal year ended December 31, 2016"; "Commission file number 000-31293".

(2) The Table of Contents identifies Item 2 (Properties) at p. 33.

(3) "We have entered into leases for certain of our IBX data centers in … Sydney, Australia …" and "We own certain of our IBX data centers in … Melbourne, Australia …" (Item 2, p. 33)

(4) Schedule III records four Sydney IBXs — SY1, SY2, SY3 and SY4 — each carrying a dash (nil) in the initial-cost columns, and the Melbourne IBX — ME1 — with initial cost of land and buildings stated.

*Schedule III states: "The initial cost was $0 if the lease of the respective IBX was classified as an operating lease." The four Sydney entries carry a dash in every initial-cost column; the Melbourne entry carries amounts of 15,341 (land) and 66,103 (buildings and improvements).*

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2016**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____________ to _____________**

**Commission file number 000-31293**

# EQUINIX, INC.
(Exact name of registrant as specified in its charter)

| **Delaware** | **77-0487526** |
|---|---|
| (State of incorporation) | (IRS Employer Identification No.) |

**One Lagoon Drive, Redwood City, California 94065**
(Address of principal executive offices, including ZIP code)

**(650) 598-6000**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $0.001 | The NASDAQ Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act:** None

Indicate by check mark if the registrant is a well-known seasoned issuer as defined in Rule 405 of the Act. Yes ☒ No ☐
Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒ Accelerated filer ☐ Non-accelerated filer ☐ Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the voting and non-voting common stock held by non-affiliates computed by reference to the price at which the common stock was last sold as of the last business day of the registrant's most recently completed second fiscal quarter was approximately $27.6 billion. As of February 24, 2017, a total of 71,637,322 shares of the registrant's common stock were outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Part III – Portions of the registrant's definitive proxy statement to be issued in conjunction with the registrant's 2017 Annual Meeting of Stockholders, which is expected to be filed not later than 120 days after the registrant's fiscal year ended December 31, 2016. Except as expressly incorporated by reference, the registrant's proxy statement shall not be deemed to be a part of this report on Form 10-K.

**EQUINIX, INC.**

**FORM 10-K**

**DECEMBER 31, 2016**

**TABLE OF CONTENTS**


| Item | | Page No. |
|---|---|---|
| | **PART I** | |
| 1. | Business | 3 |
| 1A. | Risk Factors | 15 |
| 1B. | Unresolved Staff Comments | 33 |
| 2. | Properties | 33 |
| 3. | Legal Proceedings | 35 |
| 4. | Mine Safety Disclosure | 35 |
| | **PART II** | |
| 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 36 |
| 6. | Selected Financial Data | 39 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 41 |
| 7A. | Quantitative and Qualitative Disclosures About Market Risk | 69 |
| 8. | Financial Statements and Supplementary Data | 70 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 71 |
| 9A. | Controls and Procedures | 71 |
| 9B. | Other Information | 72 |
| | **PART III** | |
| 10. | Directors, Executive Officers and Corporate Governance | 72 |
| 11. | Executive Compensation | 72 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 72 |
| 13. | Certain Relationships and Related Transactions, and Director Independence | 72 |
| 14. | Principal Accounting Fees and Services | 72 |
| | **PART IV** | |
| 15. | Exhibits and Financial Statement Schedules | 73 |
| 16. | Form 10-K Summary | 77 |
| | Signatures | 77 |
| | Index to Exhibits | 80 |

Table of Contents

Likewise, as part of a review of the current equity market structure, the Securities and Exchange Commission and the Commodity Futures Trading Commission ("CFTC") have both sought comments regarding the regulation of independent data centers, such as us, which provide colocation for financial markets and exchanges. The CFTC is also considering regulation of companies that use automated and high-frequency trading systems. Any such regulation may ultimately affect our provision of offerings.

We remain focused on whether and how existing and changing laws, such as those governing intellectual property, privacy, libel, telecommunications services and taxation, apply to the internet and to related offerings such as ours, and substantial resources may be required to comply with regulations or bring any non-compliant business practices into compliance with such regulations. In addition, the continuing development of the market for online commerce and the displacement of traditional telephony service by the internet and related communications services may prompt an increased call for more stringent consumer protection laws or other regulation both in the U.S. and abroad that may impose additional burdens on companies conducting business online and their service providers.

The adoption, or modification of laws or regulations relating to the internet and our business, or interpretations of existing laws, could have a material adverse effect on our business, financial condition and results of operations.

**Industry consolidation may have a negative impact on our business model.**

If customers combine businesses, they may require less colocation space, which could lead to churn in our customer base. Regional competitors may also consolidate to become a global competitor. Consolidation of our customers and/or our competitors may present a risk to our business model and have a negative impact on our revenues.

**We have various mechanisms in place that may discourage takeover attempts.**

Certain provisions of our certificate of incorporation and bylaws may discourage, delay or prevent a third party from acquiring control of us in a merger, acquisition or similar transaction that a stockholder may consider favorable. Such provisions include:

- ownership limitations and transfer restrictions relating to our stock that are intended to facilitate our compliance with certain REIT rules relating to share ownership;
- authorization for the issuance of "blank check" preferred stock;
- the prohibition of cumulative voting in the election of directors;
- limits on the persons who may call special meetings of stockholders;
- limits on stockholder action by written consent; and
- advance notice requirements for nominations to the Board of Directors or for proposing matters that can be acted on by stockholders at stockholder meetings.

In addition, Section 203 of the Delaware General Corporation Law, which restricts certain business combinations with interested stockholders in certain situations, may also discourage, delay or prevent someone from acquiring or merging with us.

**ITEM 1B. UNRESOLVED STAFF COMMENTS**

There is no disclosure to report pursuant to Item 1B.

**ITEM 2. PROPERTIES**

Our executive offices are located in Redwood City, California, and we also have sales offices in several cities throughout the U.S. Our Asia-Pacific headquarters office is located in Hong Kong and we also have office space in Shanghai, China; Singapore; Tokyo, Japan; and Sydney, Australia. Our EMEA headquarters office is located in Amsterdam, the Netherlands and our regional sales offices in EMEA are based in our IBX data centers in EMEA. We have entered into leases for certain of our IBX data centers in Atlanta, Georgia; New York, New York; Dallas, Texas; Chicago, Illinois; Englewood, Colorado; Los Angeles, Palo Alto, San Jose, Santa Clara and Sunnyvale, California; Miami, Florida; Newark, North Bergen and Secaucus, New Jersey; Philadelphia, Pennsylvania; Reston and Vienna, Virginia; Seattle, Washington; Toronto, Canada; Waltham, Massachusetts and Rio De Janeiro and Sao Paolo, Brazil in the Americas region; Shanghai, China; Hong Kong; Singapore; Sydney, Australia and Osaka and Tokyo, Japan in the Asia-Pacific region; Dubai, U.A.E.; London and Manchester, United Kingdom; Paris, France; Frankfurt, Munich and Dusseldorf, Germany; Dublin, Ireland; Helsinki, Finland; Istanbul, Turkey; Milan, Italy; Stockholm, Sweden; Warsaw, Poland; Zurich and Geneva, Switzerland; and Amsterdam, Enschede and Zwolle, the Netherlands in the EMEA region. We own certain of our IBX data centers in Ashburn, Virginia; Chicago, Illinois; Los Angeles and San Jose, California; Melbourne, Australia; Secaucus, New Jersey; New York, New York; Sofia, Bulgaria; Paris, France; Frankfurt, Germany; and Amsterdam, the Netherlands. We own

Table of Contents

| | Initial Costs to Company (1) | | | Costs Capitalized Subsequent to Acquisition or Lease | | Total Costs | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Encumbrances | Land | Buildings and Improvements (2) | Land | Buildings and Improvements (2) | Land | Buildings and Improvements (2) | Accumulated Depreciation | Date of Construction | Date of Acquisition or Lease (3) |
| MU3 MUNICH, GERMANY | — | — | — | — | 726 | — | 726 | (38) | 2010 | 2010 |
| PA1 PARIS (METRO), FRANCE | — | — | — | — | 21,527 | — | 21,527 | (17,093) | N/A | 2007 |
| PA2 & PA 3 PARIS (METRO), FRANCE | — | — | 29,615 | 23,723 | 240,675 | 23,723 | 270,290 | (75,980) | 2010 | 2007 |
| PA4 PARIS (METRO), FRANCE | — | 1,701 | 9,503 | — | 127,215 | 1,701 | 136,718 | (26,823) | 2012 | 2011 |
| PA5 PARIS (METRO), FRANCE | — | — | 16,554 | — | 843 | — | 17,397 | (1,575) | N/A | 2016 |
| PA6 PARIS (METRO), FRANCE | — | — | — | — | 56,322 | — | 56,322 | (5,006) | N/A | 2016 |
| PA7 PARIS (METRO), FRANCE | — | — | — | — | 12,300 | — | 12,300 | (1,951) | N/A | 2016 |
| SK1 STOCKHOLM, (METRO), SWEDEN | — | — | 15,495 | — | 574 | — | 16,069 | (2,216) | N/A | 2016 |
| SK2 STOCKHOLM, (METRO), SWEDEN | — | — | 80,148 | — | 251 | — | 80,399 | (4,678) | N/A | 2016 |
| SK3 STOCKHOLM, (METRO), SWEDEN | — | — | — | — | 13,167 | — | 13,167 | (858) | N/A | 2016 |
| SO1 SOFIA, BULGARIA | — | — | 5,236 | — | 312 | — | 5,548 | (353) | N/A | 2016 |
| WA1 WARSZAWA, POLAND | — | — | 5,950 | — | 592 | — | 6,542 | (920) | N/A | 2016 |
| WA2 WARSZAWA, POLAND | — | — | 4,709 | — | 6,615 | — | 11,324 | (770) | N/A | 2016 |
| ZH1 ZURICH (METRO), SWITZERLAND | — | — | — | — | 5,457 | — | 5,457 | (4,619) | N/A | 2007 |
| ZH2 ZURICH (METRO), SWITZERLAND | — | — | — | — | 5,460 | — | 5,460 | (3,563) | 2003 | 2002 |
| ZH4 ZURICH (METRO), SWITZERLAND | — | — | 11,284 | — | 24,868 | — | 36,152 | (16,116) | 2010 | 2009 |
| ZH5 ZURICH (METRO), SWITZERLAND | — | — | — | — | 37,232 | — | 37,232 | (10,456) | 2013 | 2009 |
| ZW1 ZWOLLE, THE NETHERLANDS | — | — | — | — | 7,331 | — | 7,331 | (4,097) | 2008 | 2008 |
| OTHERS | — | — | — | — | 3,019 | — | 3,019 | (1,502) | Various | Various |
| | | | | | | | | | | |
| **Asia-Pacific:** | | | | | | | | | | |
| HK1 HONG KONG, CHINA | — | — | — | — | 131,250 | — | 131,250 | (65,402) | N/A | 2003 |
| HK2 HONG KONG, CHINA | — | — | — | — | 237,118 | — | 237,118 | (51,447) | 2011 | 2010 |
| HK3 HONG KONG, CHINA | — | — | — | — | 134,342 | — | 134,342 | (44,062) | N/A | 2012 |
| HK4 HONG KONG, CHINA | — | — | — | — | 7,003 | — | 7,003 | (3,963) | N/A | 2012 |
| ME1 MELBOURNE, AUSTRALIA | — | 15,341 | — | — | 66,103 | 15,341 | 66,103 | (5,854) | 2013 | 2013 |
| OS1 OSAKA, JAPAN | — | — | 14,876 | — | 37,851 | — | 52,727 | (8,036) | 2013 | 2013 |
| OS2 OSAKA, JAPAN | — | — | 103 | — | — | — | 103 | (26) | N/A | 2015 |

Table of Contents

| | Initial Costs to Company (1) | | | Costs Capitalized Subsequent to Acquisition or Lease | | Total Costs | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Encumbrances | Land | Buildings and Improvements (2) | Land | Buildings and Improvements (2) | Land | Buildings and Improvements (2) | Accumulated Depreciation | Date of Construction | Date of Acquisition or Lease (3) |
| SG1 SINGAPORE | — | — | — | — | 160,917 | — | 160,917 | (104,697) | N/A | 2003 |
| SG2 SINGAPORE | — | — | — | — | 261,025 | — | 261,025 | (99,403) | 2008 | 2008 |
| SG3 SINGAPORE | — | — | 34,844 | — | 96,449 | — | 131,293 | (10,360) | 2013 | 2013 |
| SH2 SHANGHAI, CHINA | — | — | — | — | 3,482 | — | 3,482 | (971) | 2012 | 2012 |
| SH3 SHANGHAI, CHINA | — | — | 7,066 | — | 7,024 | — | 14,090 | (3,512) | 2012 | 2012 |
| SH4 SHANGHAI, CHINA | — | — | — | — | 1,657 | — | 1,657 | (1,422) | 2012 | 2012 |
| SH5 SHANGHAI, CHINA | — | — | 11,284 | — | 19,003 | — | 30,287 | (6,010) | 2012 | 2012 |
| SY1 SYDNEY, AUSTRALIA | — | — | — | — | 25,261 | — | 25,261 | (14,036) | N/A | 2003 |
| SY2 SYDNEY, AUSTRALIA | — | — | 3,080 | — | 32,510 | — | 35,590 | (18,795) | 2008 | 2008 |
| SY3 SYDNEY, AUSTRALIA | — | — | 8,712 | — | 134,257 | — | 142,969 | (42,948) | 2010 | 2010 |
| SY4 SYDNEY, AUSTRALIA | — | — | — | — | 84,679 | — | 84,679 | (2,300) | 2015 | 2014 |
| TY1 TOKYO, JAPAN | — | — | — | — | 18,547 | — | 18,547 | (10,787) | 2000 | 2000 |
| TY2 TOKYO, JAPAN | — | — | — | — | 75,386 | — | 75,386 | (57,738) | 2007 | 2006 |
| TY3 TOKYO, JAPAN | — | — | — | — | 69,367 | — | 69,367 | (23,762) | 2010 | 2010 |
| TY4 TOKYO, JAPAN | — | — | — | — | 49,287 | — | 49,287 | (10,658) | 2012 | 2012 |
| TY5 TOKYO, JAPAN | — | — | 102 | — | 49,598 | — | 49,700 | (2,045) | 2014 | 2014 |
| TY6 TOKYO, JAPAN | — | — | 37,941 | — | 12,412 | — | 50,353 | (8,663) | N/A | 2015 |
| TY7 TOKYO, JAPAN | — | — | 13,175 | — | 869 | — | 14,044 | (2,759) | N/A | 2015 |
| TY8 TOKYO, JAPAN | — | — | 53,848 | — | 5,044 | — | 58,892 | (7,016) | N/A | 2015 |
| TY9 TOKYO, JAPAN | — | — | 106,710 | — | 8,197 | — | 114,907 | (15,450) | N/A | 2015 |
| TY10 TOKYO, JAPAN | — | — | 69,881 | — | 7,115 | — | 76,996 | (5,707) | N/A | 2015 |
| OTHERS | — | — | — | — | 13,401 | — | 13,401 | (4,661) | Various | Various |
| **TOTAL LOCATIONS** | **$30,310** | **$153,258** | **$1,788,637** | **$84,091** | **$7,829,825** | **$237,349** | **$9,618,462** | **$(3,175,972)** | | |

(1) The initial cost was $0 if the lease of the respective IBX was classified as an operating lease.
(2) Building and improvements include all fixed assets except for land.
(3) Date of lease or acquisition represents the date the Company leased the facility or acquired the facility through purchase or acquisition.
(4) Includes IBXs CH5, DC12, SP3, SV10 and various other IBXs that are under initial development.

The aggregate gross cost of the Company's properties for federal income tax purpose approximated $11,890,862,000 (unaudited) as of December 31, 2016.

# TAB E

## Complaint of Sajjad Nasir — email of 8 February 2026 to the Canadian Investment Regulatory Organization (CIRO)

*Email of 8 February 2026, 22:25, to surveillance@ciro.ca and Info@ciro.ca, subject "Complaint: Member Conduct Rules 1400, 3100, 3300 and 3600", enclosing "complaint with FSRA.pdf". The email sets out the complaint, incorporates the complaint to the Financial Services Regulatory Authority of Ontario (sections I–VII) and the submission to Nasdaq of 3 February 2026.*

### HIGHLIGHTED PASSAGES

(1) "These entities acted as advisors, underwriters, and dealers for the Ontario Teachers' Pension Plan (OTPP) and Equinix, Inc. in connection with the acquisition and subsequent sale of Australian telecommunications assets Nextgen Group and Metronode." (E-1)

(2) "… an unrealistic reporting timeline in 2012/2013 and a subsequent A$1 billion increase in Metronode's valuation following the sale of its primary fiber infrastructure." (E-1)

(3) "In its 2012 Annual Statement (fiscal year ending Dec 31, 2012), OTPP listed 'Next Gen' or 'Nextgen Group' as a major infrastructure investment …" (E-4)

(4) "Equinix represented in its 2017 disclosures that the proposed acquisition of Metronode involved a 'group of companies' collectively operating ten Australian data centres …" (E-6)

Outlook

## Complaint: Member Conduct Rules 1400, 3100, 3300 and 3600 — RBC Dominion Securities Inc., UBS Securities Canada Inc., and J.P. Morgan Securities Canada Inc.

**From** Sajjad Nasir <sajjadqut01@outlook.com>
**Date** Sun 08/02/2026 22:25
**To** surveillance@ciro.ca <surveillance@ciro.ca>; Info@ciro.ca <Info@ciro.ca>

1 attachment (5 MB)
complaint with FSRA.pdf;

**Canadian Investment Regulatory Organization (CIRO)**
**Attention : Complaints & Inquiries Department**

The Canadian Investment Regulatory Organization (CIRO) is requested to take notice of the conduct of Dealer Members RBC Dominion Securities Inc. (RBC Capital Markets), UBS Securities Canada Inc., and J.P. Morgan Securities Canada Inc. These entities acted as advisors, underwriters, and dealers for the Ontario Teachers' Pension Plan (OTPP) and Equinix, Inc. in connection with the acquisition and subsequent sale of Australian telecommunications assets Nextgen Group and Metronode.

The complaint highlights significant failures in disclosure, including an unrealistic reporting timeline in 2012/2013 and a subsequent A$1 billion increase in ***Metronode***'s valuation following the sale of its primary fiber infrastructure. Such matters constitute violations of CIRO's rules 1400, 3100, and 3600, thereby undermining market integrity. RBC Capital Markets and UBS Securities Canada, advising OTPP, along with J.P. Morgan Securities Canada, advising Equinix, bore the responsibility to conduct comprehensive due diligence on the assets and financial statements. Their endorsement of prospectuses and fairness opinions concerning the A$1.035 billion Metronode transaction should have ensured that the valuation accurately represented the existing infrastructure rather than fictitious activity. Their omission to disclose the removal of fiber assets prior to the valuation increase and their approval of implausible filings constitute a grave breach of their regulatory obligations.

**1: Disclosure Concerns & Issues with Nextgen Assets**

- A major concern in the Nextgen deal is a reporting timeline that conflicts with official records. On June 28, 2013, the Ontario Teachers' Pension Plan (OTPP) announced acquiring about 70% of three Australian telecom companies—Nextgen Networks, Metronode, and Infoplex—from Leighton Holdings Limited, valuing the group at A$885 million. These assets were renamed the Nextgen Group.

- However, OTPP's 2013 Annual Report shows inconsistencies in the 2012 data, as Australian Securities and Investments Commission records reveal "Nextgen Holdings Pty Ltd" was only reserved in August 2012 and largely inactive during the period OTPP claimed infrastructure value. Although the deal closed mid-2013, financial disclosures retroactively included these assets in 2012 portfolio performance.

- CIRO Rule 3600 mandates fair and accurate communication. By listing the Nextgen Group in 2012 financial tables, RBC Capital Markets and UBS Securities Canada supported a misleading narrative that hid the true acquisition date and operational status, creating a false baseline that misled pension members about the fund's risk and volatilit
- **Table 1: Chronological Conflict in Nextgen Reporting**

| Date | Event / Document Source | Reported Status | |
|---|---|---|---|
| Aug 22, 2012 | ASIC Application for Name Reservation | Reservation of "Nextgen Holdings" | Entity did not exist commercially prior to this date. |
| Dec 31, 2012 | OTPP Net Investments by Asset Class | Infrastructure valued at $9.6 billion | Asset value purportedly includes components not yet owned by OTPP. |
| June 28, 2013 | OTPP News Release | Completion of A$885M acquisition | Official entry into the Australian telecom sector. |
| Dec 31, 2013 | OTPP Major Investment List | Nextgen Group Holdings listed >$100M | Entity treated as established despite 6-month ownership. |

**II: The A$1 Billion Valuation Paradox and Asset Stripping**

- A key issue in the advisory oversight was the sharp rise in Metronode's value between 2016 and 2018. The 2013 Nextgen Group acquisition for A$885 million included

Nextgen Networks (fiber network), Metronode (data centers), and Infoplex (cloud services), with the fiber network as the main asset.

- In 2016, Vocus Communications agreed to buy the network businesses for A$861 million, removing the most valuable fiber assets and leaving Metronode as a standalone data center business. Logically, Metronode's value should have been about A$24 million plus capital investments, yet OTPP sold it to Equinix in 2017 for A$1.035 billion after investing A$300 million in capacity.
- This unexplained A$711 million increase, over 200% above cost, required justification under CIRO rules, which demand fair pricing aligned with market values. However, Metronode's valuation relied on claims of market position despite losing key fiber connectivity. Approving this price violated fair trade principles and created a misleading impression of asset growth, breaching UMIR rules
- Table 2: The Valuation Divergence Analysis (A$ Millions)

| Transaction Phase | Total Value | Key Asset Status | Variance |
|---|---|---|---|
| 2013 Acquisition | A$885 | Complete Group (Fiber + DC) | Initial Baseline |
| 2016 Fiber Sale | A$861 | Fiber Assets Removed | Residual Book = A$24 |
| 2016-2017 Expansion | A$300 | Capex for DC Buildout | Adjusted Basis = A$324 |
| 2018 Metronode Sale | A$1,035 | Standalone DC Subset | Markup = A$711 |

CIRO holds a "public interest mandate" to protect investors from "unfair, improper or fraudulent practices". The evidence suggests that the Dealer Members involved failed to act as gatekeepers of truth, instead enabling a situation where human labour substituted for infrastructure and fabricated narratives drove multi-billion-dollar deals. Failing to address these clear disclosure deficiencies would constitute a neglect of CIRO's responsibility to uphold capital market integrity and safeguard the retirement security of the hundreds of thousands of teachers represented by OTPP.

Regards,

sajjad

---

**From:** Sajjad Nasir <sajjadqut01@outlook.com>
**Sent:** 08 February 2026 12:35
**To:** pensioninquiries@fsrao.ca <pensioninquiries@fsrao.ca>
**Subject:** Complaint : Material Certification Breaches and Reporting Misrepresentations by the Ontario Teachers' Pension Plan (OTPP)

**Financial Services Regulatory Authority of Ontario (FSRA)**
**Attention – Pension Division**

I. This complaint is formally filed with the Financial Services Regulatory Authority of Ontario (FSRA) regarding material misrepresentations and disclosure deficiencies in the annual financial statements and investment summaries of the Ontario Teachers' Pension Plan (OTPP).Pursuant to the Ontario Pension Benefits Act (R.S.O. 1990, c. P.8) and the requirements of Form 8 (Investment Information Summary), plan administrators are legally obligated to provide a "true, accurate and complete" summary of the plan's net assets and investments at fair value. The following evidence demonstrates that OTPP has breached these standards regarding its investment in and divestment of the "***Nextgen/Metronode***" assets.

II. **Chronological Reporting Breach:** The primary deficiency is a factual chronological impossibility found in OTPP's annual statements that undermines the integrity of the fund's asset base.

- Requirement: Part 3 of Form 8 (Statement of Changes in Net Assets) requires the administrator to accurately report the fair value of net assets held at the end of each fiscal year.
- OTPP Disclosure: In its 2012 Annual Statement (fiscal year ending Dec 31, 2012), OTPP listed "Next Gen" or "Nextgen Group" as a major infrastructure investment with a fair value exceeding $150 million.
- The Inconsistency: OTPP's official records confirm the agreement to acquire a 70% stake in Nextgen was not announced until March 2013, and the deal did not legally close until June 28, 2013
- Misrepresentation: Reporting a major investment as a fund-owned asset in 2012, before a legal purchase agreement existed, constitutes a material overstatement of the fund's 2012 net assets.

III. **Misrepresentation of Fair Value and Valuation Step-Up** : OTPP's disclosures regarding the valuation of the assets are inconsistent with the documented divestment of business units.

- Requirement: Part 4 requires an accurate summary of investment assets at fair value.
- The Inconsistency: In 2013, OTPP disclosed that the acquisition of the entire ***Nextgen Group*** (comprising *Nextgen Networks, Metronode, and Infoplex*) was valued at A$885 million In 2016, OTPP stripped and sold the high-value fibre assets (Nextgen Networks) to Vocus Communications.
- Misrepresentation: Despite selling off the primary network assets, OTPP marketed and sold the remaining data centre subset ("Metronode") to Equinix in 2018 for A$1.035 billion.
- Deficiency: By maintaining the 2012 "phantom" baseline, OTPP reported an inflated fair value for the *"Metronode"* subset that exceeded the 2013 valuation of the entire combined group, masking the diminishing returns of the infrastructure assets.

IV. **Misrepresentation of Entity Identity:** A further deficiency exists regarding the operational transparency of the entities held by the plan.

- Requirement: Part 5 (Interrogatories) requires verification that all assets are invested in a name on behalf of the pension plan.
- OTPP Disclosure: OTPP claimed to have consolidated its Australian assets under Nextgen Holdings Pty Ltd (ACN 160 029 818).
- The Inconsistency: Australian Securities and Investments Commission (ASIC) records for this entity show a pattern of filings consistent with a dormant corporate shell rather than an operational provider of 10 data centres . Key operational subsidiaries like Metronode (NSW) Pty Ltd show no evidence of business activity or asset-backed charges during the expansion period OTPP reported to members.

V. **Omission of Divestment Liabilities :** OTPP failed to disclose material contingent liabilities during the 2018 sale to ***Equinix, Inc***. ***(NASDAQ: EQIX)***.

- OTPP Disclosure: OTPP reported a "clean" billion-dollar realization from the divestment.
- The Omission: The buyer's SEC disclosures reveal that the assets carried significant pre-acquisition tax risks inherited from OTPP. Equinix was forced to record a $US44.4 million indemnification asset specifically to hedge against these liabilities.
- Deficiency: OTPP's failure to record these pre-existing $44.4 million liabilities in its own divestment returns resulted in a falsified reporting of the fund's net profit from the transaction.

VI. **Request for Action :** The discrepancies identified above constitute a failure to meet the mandatory certification requirements of Form 8, Part 2, in which the administrator must certify that the information provided is "true, accurate and complete". The reporting of an investment a year prior to its acquisition and the reporting of a $1 billion value for a subset of assets after divestment of the primary business units suggest a systematic pattern of misleading disclosure. We request that the FSRA review OTPP's compliance with the Pension Benefits Act for the period in question.

VII. **Written Consent** :N/A as not a member of Ontario Teachers' Pension Plan.

Regards,
Sajjad Nasir

---

**From:** Sajjad Nasir <sajjadqut01@outlook.com>
**Sent:** 03 February 2026 07:24
**To:** nasdaqmarketwatch@nasdaq.com <nasdaqmarketwatch@nasdaq.com>; Stanley Higgins <stanley.higgins@nasdaq.com>
**Cc:** Misconduct Issuer <issuermisconduct@asx.com.au>; FormWB-APPSubmission <formwb-appsubmission@sec.gov>
**Subject:** Equinix, Inc. (NASDAQ: EQIX) – Misrepresentations and Omission of Material Facts Regarding the Metronode Acquisition (2017)

**Equinix, Inc. (NASDAQ: EQIX) – Misrepresentations and Omission of Material Facts Regarding the *Metronode* Acquisition (2017)**

***"Metronode, which operates 10 data centres throughout Australia."***

1. Equinix represented in its 2017 disclosures that the proposed acquisition of Metronode involved a "group of companies" collectively operating ten Australian data centres with customers, power capacity, and growth potential. Equinix further attributed subsequent Asia-Pacific revenue growth, cabinet additions, and expansion activity to this transaction. However, after closing, Equinix provided only an aggregate purchase-price allocation and treated the transaction as a single investing-cash outflow, while reporting capital expenditures and Australian IBX activity under broad "metro-level" categories. These disclosures did not identify which specific facilities were acquired, newly constructed, or organically expanded, nor did they reconcile the recorded PP&E, goodwill, customer intangibles, or operating expenses to any identifiable Australian sites. As a result, investors were unable to perform a facility-level reconciliation or independently verify whether the claimed Australian growth was supported by the physical infrastructure purportedly obtained through the Metronode transaction.

**Pre-Acquisition Fabrication (2014–2017): Creation of a Dormant Shell and Construction of a False Operating Narrative**

***"Metronode was established in 2002"***

2. Publicly available ASIC records further contradict Equinix's representations. Key Metronode subsidiaries—such as *Metronode* (NSW) Pty Ltd ACN 158 288 441—show no operational footprint during the period in which Equinix stated that *Metronode* "operated 10 data centres." These entities filed only routine administrative forms (e.g., 201C registrations, 484D changes to ultimate holding company, 484E officeholder updates), with no evidence of business activity, no asset-backed charges, no mortgages, no PPSR registrations, no construction or lease filings, and no operational financial statements. This pattern is consistent with dormant corporate shells, not an enterprise operating multiple data-centre facilities with customers and revenue-generating infrastructure. The absence of filings indicative of real operations directly contradicts Equinix's acquisition narrative and deprived investors of the information necessary to assess whether the assets described in Equinix's SEC filings ever existed in operational form.

**Actionable Misrepresentations and Omissions (2018)**

- **2017 Form 10-K:** Equinix stated that *Metronode* was a "group of companies" that "operates 10 data centers in six metro areas in Australia."

- **2018 Form 10-K (Business Combinations):** Equinix disclosed only aggregate PP&E, goodwill, and intangible allocations without identifying the facilities to which these amounts related.
- **2018 Form 10-K, Schedule III:** Australian IBXs (SY5–SY8, ME4–ME5) were grouped under "Sydney (Metro)" and "Melbourne (Metro)" without indicating which were acquired versus newly built.
- **2018 MD&A:** Equinix attributed APAC revenue and EBITDA growth to the *Metronode* acquisition without tying these results to specific sites.

**Credibility-Laundering & Validation Through Government, Uptime Institute, and Media Narratives (2018)**

***"Fourth bidder emerges in Metronode auction"***

***"Josh, can you tell me more about Metronode and its facilities?"***

***"Tell me about the relationship between the NSW government and Metronode."***

3. A defining feature of the *Metronode* narrative was the deliberate construction of *credibility by association*, in which state-level government endorsements, industry certifications, and media repetition collectively substituted for verifiable operational evidence. The NSW Department of Finance, Services and Innovation (DFSI) played a central role by publicly describing Metronode as operating "10 facilities," delivering "Tier III Gold operational sustainability," and providing statewide consolidation infrastructure—claims later republished by the Uptime Institute and echoed across vendor-aligned media outlets. These statements carried the implicit weight of government due diligence, even though ASIC records show no operational footprint, no asset-backed charges, no construction filings, and no evidence that the *Metronode* entities ever owned or operated the facilities attributed to them. Once these government-originated claims entered the public domain, industry media amplified them without scrutiny, creating a circular, self-referential feedback loop in which each article cited the others, all ultimately tracing back to the same unverified government assertions. The repetition created the appearance of independent corroboration where none existed, supplying a physical and regulatory "reality" that the corporate filings lacked and positioning *Metronode* as a mature, multi-site operator with government-grade infrastructure despite being, in substance, a dormant shell.

**Lifecycle of the *Metronode* Misrepresentation: Entity Creation → Narrative Construction → Market Validation → Acquisition → Disclaimer (2017–2018)**

***"Wat did "selling the dream" require?"***

4. The Metronode transaction followed a simple and deliberate sequence: a dormant shell was created, a government-endorsed narrative was built around it, that narrative was amplified through certifications and media repetition, Equinix acquired the narrative in 2018, and post-acquisition disclosures and valuation language were used to shield the absence of real assets. The *Metronode* entities never operated the ten data centres attributed to them, yet government statements and industry certifications supplied the appearance of substance. Equinix relied on this externally manufactured legitimacy while avoiding facility-level disclosure that would have exposed the truth. This lifecycle—entity creation → narrative construction → validation → acquisition → disclaimer—shows that Equinix purchased a narrative, not an operating platform. Its later replication by NEXTDC, OVHcloud, and placeholder customers such as Leaseweb confirms that Metronode became the template for a broader, cross-jurisdictional model built on narrative rather than infrastructure.

**Post-Acquisition Validation Through Cross-Jurisdictional "Customer" Fabrication (2019–2023) - SEC Submission 17680-380-040-535**

***"As a longtime partner of Equinix, we are pleased to leverage their IBX facilities" Pieter Kraan, Managing Director, Leaseweb Asia pacific***

After the *Metronode* acquisition, the same narrative-driven model extended to Equinix's customer representations. Across the United States, Japan, Hong Kong, Singapore, and Australia, Equinix repeatedly cited various "Leaseweb" entities as strategic customers despite those entities being non-existent, dormant, misdescribed, or legally domiciled in jurisdictions inconsistent with the operations attributed to them. These fabricated or non-operational customers were used to validate capacity, utilisation, and revenue claims that lacked underlying substance. This pattern of cross-jurisdictional customer fabrication formed the post-acquisition mechanism through which the Metronode narrative was sustained and reinforced, enabling Equinix to present ongoing demand and utilisation that did not exist in operational reality.

**Lifecycle of the *Metronode* Misrepresentation: Entity Creation → Narrative Construction → Market Validation → Acquisition → Disclaimer (2017–2018)**

***"[From an idea to an innovation centre: an Australian story](#)"***

5. The *Metronode* transaction followed a simple and deliberate sequence: a dormant shell was created, a government-endorsed narrative was built around it, that narrative was amplified through certifications and media

repetition, Equinix acquired the narrative in 2018, and post-acquisition disclosures and valuation language were used to shield the absence of real assets. The *Metronode* entities never operated the ten data centres attributed to them, yet government statements and industry certifications supplied the appearance of substance. Equinix relied on this externally manufactured legitimacy while avoiding facility-level disclosure that would have exposed the truth. This lifecycle—entity creation → narrative construction → validation → acquisition → disclaimer—shows that Equinix purchased a narrative, not an operating platform. Its later replication by NEXTDC, OVHcloud, and placeholder customers such as Leaseweb confirms that *Metronod*e became the template for a broader, cross-jurisdictional model built on narrative rather than infrastructure.

**Evolution, Replication, and Institutionalisation of the Template (2019-2026)**

***"When an Australian Government Department Required Operational Sustainability, Metronode Delivered"***

6. The narrative-driven infrastructure model first demonstrated through Equinix's *Metronode* acquisition has now evolved into a fully institutionalised template for fabricating the appearance of digital-infrastructure capacity. The model's core components—dormant seller entities, unverifiable customer footprints, overstated capacity claims, and government-amplified validation—were refined offshore where verification risk was lowest. Once proven effective, the model was replicated by NEXTDC (ASX: NXT) and OVHcloud (Euronext Paris), each adopting the same mechanisms: non-operational "anchor tenants," Uptime Institute certifications detached from operational reality, and sovereign-level endorsements that substituted for evidence.

**"aha" moments?**

7. The success of the template depended not only on its design but on the environment in which it operated. Retaliation against internal dissent, suppression of whistleblowing, and the absence of independent operational verification allowed the narrative to harden into accepted fact. Where inconsistencies emerged, they were addressed through selective disclosure, omission, or the backdating and fabrication of documents to align the public record with the narrative. Over time, the model no longer required external media or third-party scrutiny; government press releases, industry certifications, and issuer-controlled disclosures became a closed validation loop.

Regards,

Sajjad

# TAB F

**Response of the Canadian Investment Regulatory Organization (CIRO) — 13 February 2026**

*Reply of CIRO (Complaints & Inquiries) dated 13 February 2026 to the complaint email of 8 February 2026 reproduced at Tab E.*

**HIGHLIGHTED PASSAGES**

(1) "Thank you for contacting CIRO."

(2) "The matters in your complaint are beyond the CIRO Rules limitation period."

(3) "CIRO has recorded the information you have provided, but we will not be taking any further action."

Outlook

## RE: Complaint: Member Conduct Rules 1400, 3100, 3300 and 3600 — RBC Dominion Securities Inc., UBS Securities Canada Inc., and J.P. Morgan Securities Canada Inc.

**From** Info@ciro <Info@CIRO.CA>
**Date** Fri 13/02/2026 05:28
**To** sajjadqut01@outlook.com <sajjadqut01@outlook.com>

Dear Sajjad Nasir,

Thank you for contacting CIRO.

The matters in your complaint are beyond the CIRO Rules limitation period.

The Canadian Investment Regulatory Organization (CIRO) is the national self-regulatory organization that oversees all investment dealers, mutual fund dealers and trading activity on Canada's debt and equity marketplaces. CIRO is committed to the protection of investors, providing efficient and consistent regulation, and building Canadians' trust in financial regulation and the people managing their investments.

CIRO has recorded the information you have provided, but we will not be taking any further action.

Regards,

Complaints & Inquiries | Canadian Investment Regulatory Organization

# PART II — THE FORM 10-K STATEMENTS AND THE SOX CERTIFICATIONS

### THE FORM 10-K STATEMENTS AND THE CERTIFICATIONS OF THEM

The pages that follow are added to Exhibit 29. They are the statements in issue, taken from Equinix, Inc.'s Form 10-K for the fiscal year ended 31 December 2018 (filed 22 February 2019), and the certifications signed for that report.

**What the addendum contains:**

- The Form 10-K cover page — identifying the report, the fiscal year and the registrant.
- Note 1 to the consolidated financial statements, page 147: “On April 18, 2018, the Company acquired all of the equity interests in Metronode from the Ontario Teachers’ Pension Plan Board”.
- Item 2 (Properties), page 33: the locations of the leased and owned IBX data centres as of 31 December 2018.
- Exhibits 31.1, 31.2, 32.1 and 32.2 — the SOX §§ 302 and 906 certifications signed 22 February 2019.

**Where each statement is contradicted:**

Tab C reproduces the Ontario Teachers’ 2013 Annual Report (70% held, Leighton retaining the balance) and the sale announcement; Tabs A and B reproduce Equinix’s announcements of 17 December 2017 and 18 April 2018.

**Governing provisions:**

*18 U.S.C. § 1514A(a)(1): information regarding conduct the employee reasonably believes violates §§ 1341, 1343, 1344 or 1348, any SEC rule, or any federal law relating to fraud against shareholders.*

*18 U.S.C. § 1348: a scheme or artifice to defraud any person in connection with a security of a registered issuer.*

*SOX § 302 (15 U.S.C. § 7241); SOX § 906 (18 U.S.C. § 1350).*

10-K 1 eqix_20181231x10kupgrade.htm 10-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2018**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____________ to _____________**

**Commission file number 000-31293**

# EQUINIX, INC.
(Exact name of registrant as specified in its charter)

| **Delaware** | **77-0487526** |
|---|---|
| (State of incorporation) | (IRS Employer Identification No.) |

**One Lagoon Drive, Redwood City, California 94065**
(Address of principal executive offices, including ZIP code)

**(650) 598-6000**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $0.001 | The NASDAQ Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act:** None

Indicate by check mark if the registrant is a well-known seasoned issuer as defined in Rule 405 of the Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ | Non-accelerated filer ☐ | Smaller reporting company ☐ |
| | | | Emerging growth company ☐ |

Table of Contents

**EQUINIX, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

## 1. Nature of Business and Summary of Significant Accounting Policies

### *Nature of Business*

Equinix, Inc. ("Equinix" or the "Company") was incorporated in Delaware on June 22, 1998. Equinix provides colocation space and related offerings. Global enterprises, content providers, financial companies and network service providers rely upon Equinix's insight and expertise to safehouse and connect their most valued information assets. The Company operates International Business Exchange™ ("IBX®") data centers, or IBX data centers, across the Americas; Europe, Middle East and Africa ("EMEA") and Asia-Pacific geographic regions where customers directly interconnect with a network ecosystem of partners and customers. More than 1,800 network service providers offer access to the world's internet routes inside the Company's IBX data centers. This access to internet routes provides Equinix customers improved reliability and streamlined connectivity while significantly reducing costs by reaching a critical mass of networks within a centralized physical location.

The Company has been operating as a real estate investment trust for federal income tax purposes ("REIT") effective January 1, 2015. See "Income Taxes" in Note 14 below for additional information.

On April 18, 2018, the Company acquired all of the equity interests in Metronode from the Ontario Teachers' Pension Plan Board (the "Metronode Acquisition") and on April 2, 2018, the Company completed the acquisition of Infomart Dallas, including its operations and tenants, from ASB Real Estate Investments (the "Infomart Dallas Acquisition"). On October 9, 2017, the Company completed the acquisition of Itconic, a data center business in Spain and Portugal and on October 6, 2017, the Company completed the acquisition of Zenium's data center business in Istanbul. On May 1, 2017, the Company completed the acquisition of certain colocation business from Verizon Communications Inc. ("Verizon") consisting of 29 data center buildings located in the United States, Brazil and Colombia (the "Verizon Data Center Acquisition"). On February 3, 2017, the Company acquired IO UK's data center operating business in Slough, United Kingdom ("IO Acquisition"). On August 1, 2016, the Company completed the purchase of Digital Realty's operating business in Paris (the "Paris IBX Data Center Acquisition"), which housed Equinix' Paris 2 and Paris 3 data centers. On January 15, 2016, the Company completed its acquisition of Telecity Group plc ("TelecityGroup") which provided data center solutions in Europe. As a result of these acquisitions, the Company operates 200 IBX data centers in 52 markets across five continents.

### *Basis of Presentation, Consolidation and Foreign Currency*

The accompanying consolidated financial statements include the accounts of Equinix and its subsidiaries, including the acquisitions of Metronode from April 18, 2018, Infomart Dallas from April 2, 2018, Itconic from October 9, 2017, the Zenium data center from October 6, 2017, the Verizon data center business from May 1, 2017, the IO UK data center operating business from February 3, 2017, the Paris IBX Data Center from August 1, 2016, and TelecityGroup from January 15, 2016. All intercompany accounts and transactions have been eliminated in consolidation. Foreign exchange gains or losses resulting from foreign currency transactions, including intercompany foreign currency transactions, that are anticipated to be repaid within the foreseeable future, are reported within other income (expense) on the Company's accompanying consolidated statements of operations. For additional information on the impact of foreign currencies to the Company's consolidated financial statements, see "Accumulated Other Comprehensive Loss" in Note 12.

### *Use of Estimates*

The preparation of consolidated financial statements in conformity with accounting principles generally accepted in the United States ("U.S.") requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the consolidated financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from these estimates. On an ongoing basis, the Company evaluates its estimates, including, but not limited to, those related to the allowance for doubtful accounts, fair values of financial instruments, intangible assets and goodwill, useful lives of intangible assets and property, plant and equipment, assets acquired and liabilities assumed from acquisitions, asset retirement obligations and income taxes. The Company bases its estimates on historical experience and on various other assumptions that are believed to be reasonable.

Table of Contents

The following table presents the locations of our leased and owned IBX data centers as of December 31, 2018:

| | Leased | Owned (1) |
|---|---|---|
| **Americas** | Rio de Janeiro & Sao Paulo, Brazil;<br>Toronto, Canada;<br>Atlanta, Georgia;<br>Boston, Massachusetts;<br>Chicago, Illinois;<br>Dallas, Texas;<br>Washington D.C. & Ashburn, Virginia;<br>Denver, Colorado;<br>Miami, Florida;<br>New York, New York;<br>Philadelphia, Pennsylvania;<br>Seattle, Washington;<br>Silicon Valley & Los Angeles, California | Chicago, Illinois;<br>Washington D.C., Ashburn & Culpeper, Virginia;<br>Silicon Valley & Los Angeles, California;<br>Rio de Janeiro & São Paulo, Brazil;<br>Atlanta, Georgia;<br>Boston, Massachusetts;<br>Dallas & Houston, Texas;<br>Denver, Colorado;<br>Miami, Florida;<br>New York, New York;<br>Seattle, Washington;<br>Bogotá, Columbia |
| **EMEA** | Paris, France;<br>Frankfurt & Munich, Germany;<br>Amsterdam & East Netherlands, the Netherlands;<br>Geneva & Zurich, Switzerland;<br>Dubai & Abu Dhabi, U.A.E.;<br>London & Manchester, United Kingdom;<br>Helsinki, Finland;<br>Dublin, Ireland;<br>Milan, Italy;<br>Stockholm, Sweden;<br>Istanbul, Turkey;<br>Warsaw, Poland;<br>Barcelona, Madrid & Seville, Spain | Paris, France;<br>Frankfurt & Dusseldorf, Germany;<br>London, United Kingdom;<br>Amsterdam, the Netherlands;<br>Dublin, Ireland;<br>Sofia, Bulgaria;<br>Istanbul, Turkey;<br>Milan, Italy;<br>Helsinki, Finland;<br>Lisbon, Portugal;<br>Stockholm, Sweden |
| **Asia-Pacific** | Hong Kong & Shanghai, China;<br>Singapore;<br>Sydney, Australia;<br>Tokyo & Osaka, Japan | Shanghai, China;<br>Tokyo, Japan;<br>Adelaide, Brisbane, Canberra, Melbourne, Perth & Sydney, Australia |

(1) Owned sites include IBX data centers subject to long-term ground leases.

The following table presents an overview of our portfolio of IBX data centers as of December 31, 2018 (1):

| | # of IBXs | Total Cabinet Capacity (2) | Cabinets Billed | Cabinet Utilization % (3) | MRR per Cabinet (4) |
|---|---|---|---|---|---|
| Americas | 87 | 105,900 | 81,800 | 77% | $ 2,389 |
| EMEA | 73 | 113,500 | 94,700 | 83% | 1,352 |
| Asia-Pacific | 40 | 57,300 | 47,500 | 83% | 1,762 |
| **Total** | **200** | **276,700** | **224,000** | | |

(1) Non-financial metrics presented on the table above include Zenium data center, Itconic, and Metronode acquisitions.

(2) Cabinets represent a specific amount of space within an IBX data center. Customers can combine and use multiple adjacent cabinets within an IBX data center, depending on their space requirements.

(3) The cabinet utilization rate represents the percentage of cabinet space billing versus total cabinet capacity, taking into consideration power limitations.

EX-31.1 5 eqix-123118xexh311upgrade.htm EXHIBIT 31.1

**Exhibit 31.1**

**CERTIFICATION PURSUANT TO**
**SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Charles Meyers, certify that:

1. I have reviewed this annual report on Form 10-K of Equinix, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Dated: February 22, 2019

/s/ Charles Meyers

Charles Meyers
Chief Executive Officer and President

EX-31.2 6 eqix-123118xexh312upgrade.htm EXHIBIT 31.2

**Exhibit 31.2**

## CERTIFICATION PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002

I, Keith D. Taylor, certify that:

1. I have reviewed this annual report on Form 10-K of Equinix, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Dated: February 22, 2019

/s/ Keith D. Taylor

Keith D. Taylor
Chief Financial Officer

EX-32.1 7 eqix-123118xexh321upgrade.htm EXHIBIT 32.1

**Exhibit 32.1**

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Annual Report of Equinix, Inc. (the “Company”) on Form 10-K for the period ending December 31, 2018, as filed with the Securities and Exchange Commission on the date hereof (the “Report”), I, Charles Meyers, Chief Executive Officer and President of the Company, certify, pursuant to 18 U.S.C. § 1350, as adopted pursuant to § 906 of the Sarbanes-Oxley Act of 2002, that:

(1) The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and
(2) The information contained in the Report fairly presents, in all material respects, the financial condition and result of operations of the Company.

/s/ Charles Meyers

Charles Meyers
Chief Executive Officer and President

February 22, 2019

EX-32.2 8 eqix-123118xexh322upgrade.htm EXHIBIT 32.2

**Exhibit 32.2**

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Annual Report of Equinix, Inc. (the “Company”) on Form 10-K for the period ending December 31, 2018, as filed with the Securities and Exchange Commission on the date hereof (the “Report”), I, Keith D. Taylor, Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. § 1350, as adopted pursuant to § 906 of the Sarbanes-Oxley Act of 2002, that:

(1) The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and
(2) The information contained in the Report fairly presents, in all material respects, the financial condition and result of operations of the Company.

/s/ Keith D. Taylor

Keith D. Taylor
Chief Financial Officer
February 22, 2019