THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAJJAD NASIR,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | CASE NO. C26-3788-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motions for reconsideration (Dkt. Nos. 38, 39, 40). The motions fail to establish that the Court committed manifest error in its prior ruling or provide it with new facts or legal authority that could not have been brought to the Court's attention earlier with reasonable diligence. *See* LCR 7(h)(1). Thus, they are DENIED.

DATED this 5th day of November 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk