THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAJJAD NASIR,<br><br>Plaintiff,<br>v.<br><br>SECRETARY OF UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | CASE NO. C26-3788-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Presently before the Court is Plaintiff's LCR 3(f) disqualification motion (Dkt. No. 42). Indeed, a federal judge must "disqualify himself in any proceeding in which his impartiality might reasonably be questioned," or "[w]here he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding." 28 U.S.C. §§ 455(a), (b)(1). Said another way, the judge must disqualify themselves if "a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned." *Blixseth v. Yellowstone Mountain Club, LLC*, 742 F.3d 1215, 1219 (9th Cir. 2014).

However, "absent a factual showing of a reasonable basis for questioning his or her

impartiality, or allegations of facts establishing other disqualifying circumstances, a judge should participate in cases assigned." *Maier v. Orr*, 758 F.2d 1578, 1583 (Fed. Cir. 1985). Plaintiff's motion fails to make this showing[1] and, on this basis, the Honorable John C. Coughenour, U.S. District Judge, DECLINES to voluntarily recuse and REFERS the motion to Chief Judge under LCR 3(f) for further consideration.

DATED this 9th day of November 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

[1] While Plaintiff may disagree with the Court's rulings, this is not a basis for disqualification because of impartiality, personal prejudice, or any of the provisions under 28 U.S.C. §§ 455(a) or (b). *See Maier*, 758 F.2d at 1583.