THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAJJAD NASIR,<br>Plaintiff,<br>v.<br>EQUINIX INC., *et al.*,<br>Defendants. | CASE NO. C26-3788-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Pursuant to Plaintiff's motion and supporting exhibit (Dkt. No. 50), Plaintiff may serve Defendant Equinix Inc. by service on the California Secretary of State. This is based on a showing of reasonable diligence by Plaintiff to locate and effect service on Defendant's designated agent and pursuant to Federal Rule 4(h), along with Section 416.10(d) of the California Code of Civil Procedure and Section 1702 of the California Corporations Code. In so effecting service, Plaintiff must comply with all aspects of the requirements contained therein.

//

//

//

DATED this 20th day of November 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk