THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAJJAD NASIR,<br>Plaintiff,<br>v.<br>EQUINIX INC., *et al.*,<br>Defendants. | CASE NO. C26-3788-JCC<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff recently moved to stay all case management deadlines in this matter, pending production in response to desired third-party subpoenas and/or FOIA requests. (*See* Dkt. No. 49.) The request lacks legal support. (*See generally id.*) Regardless, it is Plaintiff's obligation to develop facts necessary to establish a prima facie case *before* filing suit. *See, e.g.*, *Lewis v. Fed. Bureau of Investigation*, 2026 WL 539618, slip op. at 3 (N.D. Cal. 2026) (discussing the need to preserve judicial economy. Accordingly, the Court DIRECTS the Clerk to terminate this request (Dkt. No. 49) as procedurally infirm.

Put simply, if Plaintiff does not yet possess the facts necessary to state his claim(s) for relief, rather than attempt to maintain a suit while he gathers basic supporting information, Plaintiff would be better served voluntarily dismissing the case, without prejudice and pursuant

to Federal Rule of Civil Procedure 41(a)(1)(A). To do otherwise, *i.e.*, prosecute the matter with limited information to state a claim, both wastes scarce judicial resources and risks dismissal of the matter *with* prejudice, once a defendant appears and so moves.

DATED this 23rd day of November 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk