THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAJJAD NASIR,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | CASE NO. C26-3788-JCC<br><br>ORDER |

This matter comes before the Court on motions from Plaintiff seeking various forms of procedural relief (Dkt. Nos. 53, 54, 55, 56). The Court largely denied similar previous requests from Plaintiff. (*Compare* Dkt. Nos. 53, 54, 55, 56, *with* Dkt. Nos. 34, 41, 44, 48.) To the extent Plaintiff asks the Court to reconsider these rulings, it will not. That is because the instant filings are either untimely or fail to make the showing required for such relief—or both. *See* LCR 7(h)(1). And to the extent Plaintiff seeks relief based on allegations directed towards the Clerk of the Court, (*see generally* Dkt. No. 56), the Court finds them meritless at best and frivolous at worst. The Court will not grant Plaintiff whatever relief he may seek based on such allegations. Accordingly, the motions are DENIED. If Plaintiff continues to lodge frivolous and unproductive motions, the Court will issue an order to show cause why this case should not be dismissed based on Plaintiff's failure to effectively prosecute it.

So ORDERED this 25th day of November 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE